USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/20



SO ORDERED.                    4/5/20
ALISON J. NATHAN, U.S.D.J.

**IN THE UNITED STATES DISTRICT C**
**FOR THE SOUTHERN DISTRICT OF NE**

R.M.,

                    Plaintiff,

          v.

NATIONAL BOY SCOUTS OF AMERICA
FOUNDATION a/k/a THE BOY SCOUTS OF
AMERICA, GREATER NEW YORK
COUNCILS, INC., BOY SCOUTS OF
AMERICA, MANHATTAN COUNCIL, BOY
SCOUTS OF AMERICA, ARCHDIOCESE
OF NEW YORK and OUR LADY OF
LOURDES CATHOLIC SCHOOL,

                    Defendants.

Case No. 20-1597 (AJN)

> This case is hereby STAYED. All deadlines are adjourned sine die. The parties are ordered to submit a joint status letter, no later than May 20, 2020, advising the Court whether the Delaware Bankruptcy Court has extended the terms of the Consent Order and, if not, whether the stay in this matter should be lifted.

---

## NOTICE OF ENTRY OF CONSENT ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 362 GRANTING THE BSA'S MOTION FOR A PRELIMINARY INJUNCTION

Defendant the Boy Scouts of America (the "BSA"), by and through the undersigned counsel, hereby provides notice of the entry of the *Consent Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Granting the BSA's Motion for a Preliminary Injunction* [Adv. Dkt. No. 54-1] (the "Consent Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on March 30, 2020 **immediately staying any further proceedings in this action as against Defendant Greater New York Councils of the Boy Scouts of America[1] through and including May 18, 2020**, subject to extension by the Bankruptcy Court. A true and correct copy of the Consent Order is attached as **Exhibit A** hereto.

---

[1] Manhattan Council is not a separate entity from the Greater New York Councils, Boy Scouts of America and is thus not a properly named defendant in this case. To avoid any confusion, the stay noticed here applies to all Scouting organizations.

## BACKGROUND

1.      On February 18, 2020 (the "Petition Date"), voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") were filed in the Bankruptcy Court by the BSA and Delaware BSA, LLC (together with the BSA, the "BSA Debtors") (Case No. 20-10343) (LSS) (Jointly Administered).

2.      On the Petition Date, the BSA commenced an adversary proceeding (the "Adversary Proceeding") in the Bankruptcy Court by filing a Verified Complaint for Injunctive Relief (the "Complaint") (Adv. Proc. Case No. 20-50527, Adv. Dkt. No. 1) pursuant to Federal Rules of Bankruptcy Procedure ("Bankr. R.") 7001(7) and 7065 and sections 105(a) and 362 of the Bankruptcy Code.  Also on the Petition Date, the BSA filed a Motion for Preliminary Injunction Pursuant to 11 U.S.C. § § 105(a) and 362 (Adv. Proc. Case No. 20-50527, Adv. Dkt. No. 6, the "Preliminary Injunction Motion"), seeking a preliminary injunction over certain actions pending around the country, including this action, (the "Pending Abuse Actions") as against certain non-debtor co-defendants, including Defendant Greater New York Councils of the Boy Scouts of America.

3.      On February 25, 2020, the BSA filed a Notice of Hearing for the Preliminary Injunction Motion (Adv. Proc. Dkt. No. 13, the "PI Notice of Hearing"), which provided notice that a hearing on the Preliminary Injunction Motion was scheduled for March 24, 2020, at 10:00 a.m. ET in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 (the "Preliminary Injunction Hearing").

4.      On March 5, 2020 the United States Trustee for the District of Delaware appointed two official statutory commits: (i) an Official Committee of Unsecured creditors (the "UCC"); and

2

(ii) an Official Committee of Tort Claimants (the "TCC", together with the UCC, the "Committees").

5.      Following the formation of the Committees, BSA and the TCC engaged in good faith arm's length negotiations regarding the relief sought in the Motion. As a result of these negotiations, the BSA and the TCC, upon consultation with the UCC and other interested parties, reached an agreement on the terms of the Consent Order.

6.      On March 24, 2020, the Bankruptcy Court held the Preliminary Injunction Hearing.

**Notice of Entry of the Consent Order**

7.      The BSA hereby provides notice that on March 30, 2020, the Bankruptcy Court entered the Consent Order.

8.      The Consent Order provides for a stay as to each of the Pending Abuse Actions, including this action, identified in Schedule 1 attached thereto through and including 11:59 p.m. (prevailing Eastern time) May 18, 2020 (as may be extended, the "Termination Date"). Consent Order at ¶ 3.

9.      The period beginning on the Petition Date and ending on the Termination Date (the "Standstill Period") shall not be included in computing the running of any time periods with respect to any deadline in any Pending Abuse Action, and all claims, defenses, rights and privileges with respect thereto shall be preserved and remain viable to the same extent as they existed as of the Petition Date. *Id.* at ¶ 9.

10.     The entry of the Consent Order is without prejudice to the BSA's right to seek further extensions of the Termination Date and any party's right to object thereto. Moreover, the Termination Date may be extended by mutual written agreement between the BSA, the TCC and the UCC in the form of a stipulation filed with the Court and properly served.

**Applicability of the Consent Order to this Action**

11.     The BSA hereby provides further notice that upon entry of the Consent Order, this action has been stayed as against Defendant Greater New York Councils of the Boy Scouts of America. This action was identified as a Pending Abuse Action on Schedule 1 of the Consent Order, and Defendant Greater New York Councils of the Boy Scouts of America is identified on Schedule 2 of the Consent Order.

12.     Accordingly, the BSA hereby provides further notice that the prosecution of any and all claims against the Defendant Greater New York Councils of the Boy Scouts of America in this action are stayed through and including May 18, 2020.[2]

Dated: New York, New York
           March 31, 2020

                                              **Respectfully Submitted,**

                                              **WIGGIN AND DANA LLP**

                                              By:  /s/ Michael L. Kenny Jr.
                                                    James I. Glasser
                                                    Kevin M. Smith
                                                    Michael L. Kenny Jr.
                                                    437 Madison Avenue, 35th Floor
                                                    New York, New York 10022
                                                    (212) 551-2600
                                                    (212) 551-2888 (fax)
                                                    jglasser@wiggin.com
                                                    ksmith@wiggin.com
                                                    mkenny@wiggin.com

                                              *Counsel for Defendants Boy Scouts of America and Greater New York Councils of the Boy Scouts of America*

---

[2] The claims and causes of action against the BSA itself are, and will continue to be, automatically stayed pursuant to 11 U.S.C. § 362 as a result of its bankruptcy filing.

4

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| BOY SCOUTS OF AMERICA, | |
| Plaintiff, | Adv. Pro. No. 20-50527 (LSS) |
| v. | |
| A.A., *et al.*,[2] | **Re: A.D.I Nos. 6, 7, 8, 9, 11, 13, 14** |
| Defendants. | |

## CONSENT ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 362 GRANTING THE BSA'S MOTION FOR A PRELIMINARY INJUNCTION

WHEREAS, the Court has considered the Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (the "Motion")[3] of the Boy Scouts of America (the "BSA"), as above-captioned plaintiff (the "Plaintiff") in the adversary proceeding commenced by the Verified Complaint for Injunctive Relief (the "Complaint"), and as debtor and debtor in possession in the above-captioned chapter 11 case, for entry of an order extending

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] A full list of the Defendants in this adversary proceeding was included in redacted form on Exhibit A to the BSA's Verified Complaint for Injunctive Relief [A.D.I No. 1] to protect the privacy interests of abuse victims. A revised proposed redacted version of the Complaint and Exhibit A thereto was filed on or about February 26, 2020 [A.D.I No. 14-1]. An unredacted version of the Complaint and Exhibit A thereto has been served on each Defendant's counsel.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the stay to enjoin the prosecution of the Pending Abuse Actions pursuant to sections 105 and 362 of the Bankruptcy Code and Rule 7065 of the Bankruptcy Rules; and

WHEREAS, the BSA's Complaint in this adversary proceeding indicates that its purpose, *inter alia*, is to "support[] the strategy of the entire chapter 11 restructuring of the BSA and Delaware BSA, LLC (collectively, the "<u>Debtors</u>") [including, without limitation] (a) establishing and populating an electronic data room with information regarding the BSA's and the Local Councils' assets, including any restrictions on such assets; … (f) filing a motion seeking the appointment of a sitting bankruptcy judge as a mediator and the referral to mandatory mediation of all issues related to a global settlement of abuse claims through a consensual plan of reorganization; [and] (g) filing a plan of reorganization that provides a framework for the negotiation of a global resolution of abuse claims asserted against the BSA and a comprehensive restructuring of the BSA" (Redacted Complaint for Injunction, Dkt. #5, Adv. Pro. No. 20-50527); and

WHEREAS, on March 5, 2020, the Office of the United States Trustee filed notices of the appointment of an official committee of unsecured creditors (the "<u>UCC</u>") and an official committee of survivors of abuse (the "<u>Tort Claimants' Committee</u>")[4] and together with the UCC, the "<u>Committees</u>") pursuant to section 1102 of the Bankruptcy Code.  *See* Bankr. Case No. 20-10343 (LSS), D.I. Nos. 141, 142; and

WHEREAS, as of the date of this Consent Order, no other official committee has been appointed or designated; and

WHEREAS, the Tort Claimants' Committee and the UCC are still assessing these matters, but have indicated their belief that achieving the purposes of the injunction sought by the Debtors' instant Complaint requires, *inter alia*, production of relevant information; and

---

[4] The members of the Tort Claimants' Committee were each subject to childhood sexual abuse.

WHEREAS, the Committees believe that such relevant information to be produced includes, by example only, and without limitation[5]:

i. financial and other information regarding the business and financial affairs of the Debtors (including electronic accounting systems, financial reports, audits, tax returns, investment procedures, loan documents, accounts, property ownership records, valuations, corporate documents, minutes, related trust and pooled investment accounts, gifts, donations and all known future bequests, allegedly restricted assets, and all related documents or manuals);

ii. financial and other information regarding each of the BSA Related Parties (as defined below) such as balance sheets, income statements, lists of property and assets, lists of all councils in existence since 1950 and all consolidations and/or dissolutions thereof, and the articles of each council and/or samples thereof if they all are the same;

iii. financial and other information regarding Chartered Organizations to benefit from any global resolution of claims;

iv. an insurance coverage chart (*e.g.*, 1950 – 2020), a list and status of insurance coverage actions, and other insurance information;

v. files, with certain information redacted (e.g., victims' identifying information) from among the Ineligible Volunteer Files that concern

---

[5] While the BSA is committed to using its reasonable best efforts to produce and provide access to relevant information to support a mediation aimed at achieving a global settlement of abuse claims through a consensual plan of reorganization, it is not, at this time, confirming the availability of or agreeing to produce specific documents or categories of documents.

sexual abuse or similar sexually inappropriate behavior of conduct, and the policies, procedures, and desk manuals regarding such files;

vi. troop rosters; and

vii. data regarding transfers of property between the Debtors and each of the BSA Related Parties and other Chartered Organizations; and

WHEREAS, the Committees have further asserted that, without the Debtors making meaningful, ongoing progress with respect to the production of information, the continuation of this injunction beyond its initial term would be without merit; and

WHEREAS, the Debtors have provided the Committees' advisors with access to a secure data room containing, among other materials, organizational documents of the BSA, financial statements of the BSA, shared services agreements between the BSA and one or more of the BSA Related Parties, asset and liability information of the BSA, and insurance policies to which the BSA is a party and insurance coverage charts, and are working in good faith with the Committees' advisors to facilitate access to such information by members of such Committees in furtherance of their fiduciary duties; and

WHEREAS, the Debtors have acknowledged that the Tort Claimants' Committee's continued support for all or some of the terms of this injunction beyond its initial term may depend on the Debtors continuing efforts to produce and provide access to relevant information to support a mediation aimed at achieving a global settlement of abuse claims through a consensual plan of reorganization; and

WHEREAS, the Tort Claimants Committee believes that the relief must include that the Pending Abuse Actions be stayed as to all parties to maintain the status quo, and that exceptions be afforded to prevent injustice (or a process therefor); and

WHEREAS, the BSA, with the consent of the Committees, seeks to stay the Pending Abuse Actions with respect to all parties thereto in accordance with the terms set forth in this Consent Order; and

WHEREAS, the Court has reviewed and considered the Complaint, the Motion, the briefs, declarations and other documents filed in support of the Motion, all other evidence and argument submitted by the Plaintiff in support thereof, and all objections and replies thereto, and has held a hearing with respect thereto; and

WHEREAS, due and proper notice of the Motion has been given, and no other or further notice is necessary or required.

After due deliberation and sufficient cause appearing therefor; **THE COURT FINDS AND CONCLUDES THAT:**

A.     The Plaintiff in this adversary proceeding is the debtor, the BSA.  Attached hereto as Schedule 1 is a list of lawsuits or claims (collectively, the "Pending Abuse Actions") against the BSA and/or the BSA Related Parties set forth on Schedule 2 attached hereto (the "BSA Related Parties").  The BSA Related Parties consist of (i) non-debtor Learning for Life, a non-stock organization affiliated with the BSA, (ii) local councils, which the BSA represents are independently incorporated under the non-profit laws of their respective states (the "Local Councils"), and (iii) community and religious organizations, businesses, and groups of citizens that organize Scouting units under the BSA charter and are named defendants in the Pending Abuse Actions (and no others).  The Pending Abuse Actions include the (a) Pending Abuse Actions, as defined in the Motion, that were pending as of the Petition Date, and (b) actions that have been filed or otherwise asserted against the BSA and/or the named BSA Related Parties on or after the Petition Date, alleging that the BSA and/or the BSA Related Parties are liable to the

applicable plaintiff on account of abuse perpetrated against such plaintiff.  The Defendants in this adversary proceeding are those parties listed in the "Underlying Plaintiffs" column of <u>Exhibit A</u> to the Complaint.  The Defendants in the adversary proceeding are all plaintiffs in lawsuits that seek to hold the BSA and/or the BSA Related Parties liable in actions that include claims and/or causes of action allegedly arising out of the plaintiffs' involvement or connection with the BSA.

B.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Pursuant to Local Rule 9013-1(f), the BSA confirms its consent to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter final order or judgments consistent with Article III of the United States Constitution.  Venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C.     The findings in Paragraph C are only for purposes of this Consent Order and have no other binding effect. Pursuant to 28 U.S.C. §§ 157 and 1334, this Court has related-to jurisdiction over the claims and actions against the BSA Related Parties in the Pending Abuse Actions. The Court's failure to grant preliminary injunctive relief would result in irreparable harm to the BSA. The BSA has demonstrated that the continued prosecution of the Pending Abuse Actions would deplete valuable estate assets otherwise distributable to creditors, potentially including Defendants, as a result of substantial shared insurance policies covering the BSA and the BSA Related Parties, as well as significantly divert the BSA from the essential bankruptcy proceedings by requiring it to concurrently participate in or otherwise address

discovery, other pretrial proceedings, and/or trials, all to the substantial detriment of the BSA and its estate.  Furthermore, the BSA has demonstrated that any harm to the other parties' ability to pursue remedies as a result of a stay is outweighed by the irreparable harm the BSA will suffer in the absence of the requested preliminary injunctive relief.

D.     Although the Pending Abuse Actions are stayed by operation of 11 U.S.C. § 362(a) to the extent they seek relief against the BSA, the plaintiffs in the Pending Abuse Actions assert, or may assert, that the automatic stay does not, subject to compliance with applicable rules of civil procedure, prohibit them from pursuing their claims against any non-debtor defendant(s), including the BSA Related Parties.

E.     The legal and factual bases set forth in the Complaint, the Motion, the briefs and declarations in support thereof, other supporting papers, and at the hearing establish just cause for the relief granted herein.

F.     Accordingly, this Court finds it appropriate to enter a preliminary injunction pursuant to sections 105 and 362 of the Bankruptcy Code and Bankruptcy Rule 7065.

Based on these findings and conclusions, **IT IS HEREBY ORDERED THAT:**

1.     The relief requested in the Motion is GRANTED as set forth herein.

2.     The BSA is authorized to take all actions necessary or appropriate to carry out this Consent Order.

3.     The Pending Abuse Actions set forth on Schedule 1 are hereby stayed as to the BSA Related Parties, and any and all further proceedings in the Pending Abuse Actions, or other actions by the parties thereto in furtherance of their prosecution or defense, are hereby stayed, prohibited and enjoined from February 18, 2020 (the "Petition Date") through and including

11:59 p.m. (prevailing Eastern time) May 18, 2020 (as may be extended, the "Termination Date").

4.      Subject to Paragraphs 6 and 7 below, prior to the occurrence of the Termination Date, no person shall prosecute against any BSA Related Party any action alleging claims substantially similar to those asserted by any plaintiff in a Pending Abuse Action, nor shall any plaintiff seek to sever his or her claims against the BSA in any Pending Abuse Action in order to proceed with such Pending Abuse Action against any BSA Related Party.

5.      Prior to the occurrence of the Termination Date, no BSA Related Party shall take any action in any Pending Abuse Action or Further Abuse Action (as defined below) against the BSA, the Tort Claimants' Committee, or any plaintiff therein, including without limitation, seeking remand, discovery, or dismissal of the Pending Abuse Action or Further Abuse Action. Nothing herein shall preclude a BSA Related Party from answering a complaint in a Pending Abuse Action or Further Abuse Action, but any obligation to do so shall be tolled pursuant to Paragraph 9 below.

6.      The stay imposed by this Consent Order shall not prohibit or enjoin any plaintiff in a Pending Abuse Action that was filed, but not served, after the Petition Date from or serving a complaint related to such Pending Abuse Action against the BSA or the BSA Related Parties, or naming additional codefendants in such action or taking steps therefor.  Nor shall the stay imposed by this Consent Order prohibit or enjoin any plaintiff in a Pending Abuse Action from seeking preservation discovery from witnesses determined by mutual agreement of the BSA and the Tort Claimants' Committee and the UCC, or by the Court, to be aging or infirm witnesses; provided, however, that such discovery be limited to that which is reasonably necessary to prevent discoverable evidence from becoming permanently unavailable.

7.       The stay imposed by this Consent Order shall not prohibit or enjoin the filing of a

complaint for purposes of commencing a claim or cause of action against a BSA Related Party

(or undertaking the process to name as a defendant in a pending action (in states where such

initial naming is not permitted) BSA or a BSA Related Party) alleging claims substantially

similar to those asserted by plaintiffs in the Pending Abuse Actions (the "Further Abuse

Actions"), or service of a complaint related to any Further Abuse Action upon, any BSA Related

Party or any other non-debtor defendant, including service of a complaint or the certification

under applicable non-bankruptcy law of such complaint in any Pending Abuse Action or Further

Abuse Action.  Any stay pursuant to this Consent Order or 11 U.S.C. § 362 (to the extent

applicable) is hereby lifted to the limited extent necessary to (a) allow any person to file and

serve a Further Abuse Action against a BSA Related Party, as well as to file and serve any proof

of service and any certification under applicable non-bankruptcy law therefor, and (b) to allow

any BSA Related Party or the BSA to tender the defense of any Further Abuse Actions or similar

claims to any insurance carrier who may have provided coverage with respect to the claim at

issue (each, an "Insurer"); provided, however, that nothing herein is intended to authorize any

payment by an Insurer to or on behalf of a BSA Related Party to the extent that doing so would

serve to reduce the amount of insurance coverage available to the BSA.

8.       Any plaintiff commencing or serving a Further Abuse Action shall provide copies

of the complaint via email to each of the undersigned counsel to the BSA and the Committees on

the later of the same date as service of the complaint pursuant to this Paragraph 8 or within three

(3) business days of service of this Consent Order upon such person.

9.       The period beginning on the Petition Date and ending on the Termination Date

(the "Standstill Period") shall not be included in computing the running of any time periods with

respect to any, including, without limitation, (a) deadline to file an answer, motion to dismiss, or other responsive pleading, (b) deadline to seek or respond to dispositive motions or discovery demands, (c) deadline to seek removal of an action to federal court, (d) deadlines to seek remand, assert a matter is non-core, or demand a jury trial or consent to the Bankruptcy Court's conduct thereof, or (e) other time deadlines (whether statutory, rule-based, equitable, contractual, or otherwise) relating to the prosecution or defense of the Pending Abuse Actions or Further Abuse Actions, such that all claims, defenses, rights and privileges with respect thereto shall be preserved and remain viable to the same extent that they existed as of the Petition Date; provided, however, that the foregoing shall not be deemed to extend or waive any applicable statutes of limitations, statutes of repose, laches or estoppel periods or other time deadlines or defenses relating to the initial assertion of a claim or filing of a Pending Abuse Action or Further Abuse Action, and provided, further, that, upon the occurrence of the Termination Date, all parties subject to this Consent Order shall have the greater of (x) forty-five (45) days or (y) the deadline governed by applicable non-bankruptcy law to, including, without limitation, file their initial answer, motion to dismiss, response, or any other pleadings in this adversary proceeding and in any Pending Abuse Action or Further Abuse Action in which they are named.

10.     The Standstill Period shall apply to any defendant that is a BSA Related Party listed on Schedule 2 hereto and the plaintiffs in the Pending Abuse Actions and Further Abuse Actions.  Additional parties may be added to Schedule 2 hereto only with consent of the BSA, the Tort Claimants' Committee and the UCC (such parties, "Additional BSA Related Parties").  Except to the extent they are included on Schedule 2 hereto, no defendant in a Pending Abuse Action or Further Abuse Action may be deemed a beneficiary of this Consent Order without written consent of the BSA, the Tort Claimants' Committee and the UCC.  Within ten (10)

business days of the addition of any party to <u>Schedule 2</u>, the BSA shall file an amended <u>Schedule 2</u> on the docket of the BSA's chapter 11 case and this adversary proceeding.

11.     Approximately every thirty (30) days after the entry of this Consent Order, the BSA shall file an amended <u>Schedule 1</u>, which will include additional Further Abuse Actions subject to this Consent Order, on the docket of the BSA's chapter 11 case; <u>provided</u>, <u>however</u>, that such schedule shall identify any plaintiff only as set forth in their complaint (by pseudonym where applicable), and by counsel to the plaintiff and the Index Number or case number of the case.

12.     The Termination Date may be extended by mutual agreement between the BSA, the UCC and the Tort Claimants' Committee, which shall be memorialized in a stipulation filed with the Court (an "<u>Extension Notice</u>") and served on plaintiffs to Pending Abuse Actions or, as the case may be, Further Abuse Actions (through their counsel of record in any such Pending Abuse Action or Further Abuse Action) and any other party that was served with notice of the Motion.  Any plaintiff in a Pending Abuse Action or Further Abuse Action may object to the application of such extension of the Termination Date to such plaintiff's Pending Abuse Action or Further Abuse Action by filing with the Bankruptcy Court, within ten (10) business days of the date of an Extension Notice, an objection setting forth the basis for its objection(s) to the Extension Notice (an "<u>Extension Objection</u>"). Upon filing of an Extension Objection by any plaintiff ("<u>Objecting Party</u>"), the expiration of the Stay Period with respect to such Objecting Party's Pending Abuse Action or Further Abuse Action shall be extended through and including the later of (a) the Termination Date (without giving effect to the extension set forth in the Extension Notice) and (b) date on which the Bankruptcy Court enters an order regarding the Extension Objection.   An Objecting Party shall serve any Extension Objection on the

undersigned counsel to the Tort Claimants' Committee, the UCC and the BSA, and counsel to any affected BSA Related Party or Additional BSA Related Party or their counsel of record. Notwithstanding the filing of an Extension Objection by any plaintiff, the Termination Date shall be extended as to any plaintiff who does not object to the Extension Notice.

13.     The entry of this Consent Order is without prejudice to the rights of the BSA to enforce the terms of this Consent Order, including through an injunction under 11 U.S.C. § 105(a), against any plaintiff that does not comply with the terms of this Consent Order. Nothing herein shall be construed to limit the rights of the BSA to seek relief similar to the relief provided in this Consent Order, including through an injunction under 11 U.S.C. § 105(a), against any party.  Nothing herein shall be construed to restrict or prohibit the rights of any party to oppose an extension of the Termination Date. Nothing herein shall be construed to restrict or prohibit the rights of the UCC, the Tort Claimants' Committee or any plaintiff in a Pending Abuse Action or Further Abuse Action to oppose any effort by the BSA, the BSA Related Parties, or any Additional BSA Related Party to stay or enjoin any Pending Abuse Action or Further Abuse Action to the extent not stayed by this Consent Order.  Nothing in the Motion or this Consent Order shall be construed as an admission by the Tort Claimants' Committee, the UCC or any plaintiff regarding any efforts by the BSA, any BSA Related Party, or any Additional BSA Related Party to obtain an order enforcing the automatic stay or enjoining prosecution of any Pending Abuse Action or Further Abuse Action after the Termination Date.

14.     Nothing in this Consent Order is intended or shall be deemed to constitute a waiver by any party of any time-based defenses, except to the extent any otherwise applicable deadlines may be tolled during the Standstill Period as provided herein. Except as otherwise

provided herein, all parties shall be deemed to reserve all available rights, remedies, claims and defenses without waiver.

15. Until such time as the Court either (a) approves and enters this Consent Order, or (b) denies the relief requested in the Motion, the parties hereto shall abide by, and conduct themselves in accordance with, the agreements, terms and conditions hereof as if same had been approved by the Court.

16. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Consent Order are immediately effective and enforceable upon its entry.

17. The BSA is authorized to file a copy of this Consent Order (including any amended Schedules thereto) with any court in which a Pending Abuse Action or Further Abuse Action is or may hereafter become pending as proof that such action is stayed and enjoined as set forth herein.

18. Nothing herein shall be construed to limit or affect any party's right to seek appropriate relief from this Court to the extent necessary to respond to any actions by a court in which a Pending Abuse Action or Further Abuse Action is pending that, but for the stay provided herein, would require a party to act before the Termination Date.

19. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Consent Order.

20. This Consent Order shall be promptly filed in the clerk's office and entered into the record.

*CONSENTED TO BY:*

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
William E. Curtin
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
William A. Evanoff
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

– and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4664

*Proposed Attorneys for the BSA*

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

**Dated: March 30th, 2020, 11:33 AM
Wilmington, Delaware**

PACHULSKI STANG ZIEHL & JONES LLP
By: */s/ James E. O'Neill*
James I. Stang (admitted *pro hac vice*)
Robert B. Orgel (admitted *pro hac vice*)
James E. O'Neill
John A. Morris (admitted *pro hac vice*)
John W. Lucas (admitted *pro hac vice*)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmongton, DE 1999-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
jstang@pszjlaw.com
rorgel@pszjlaw.com
joneill@pszjlaw.com
jmorris@pszjlaw.com
jlucas@pszjlaw.com

*Proposed Attorneys for the
Official Tort Claimants' Committee*

REED SMITH LLP
Kurt F. Gwynne (No. 3951)
Katelin A. Morales (No. 6683)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

– and –

KRAMER LEVIN NAFTALIS & FRANKEL LLP
By: */s/ Rachael Ringer*
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer Sharrett, Esquire
Megan Wasson, Esquire
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Proposed Attorneys for the Official Committee
of Unsecured Creditors*

14

**<u>Schedule 1</u>**

Pending Abuse Actions

**Schedule 1**
Pending Abuse Actions

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 1 | Quapaw Area Council Incorporated of the Boy Scouts of America | [Redacted] | [Redacted] v. Boy Scouts of America, and Quapaw Area Council Incorporated of the Boy Scouts of America | 4:20-cv-159 | United States District Court for the Eastern District of Arkansas, Central Division |
| 2 | Quapaw Area Council Incorporated of the Boy Scouts of America | [Redacted] | [Redacted] v. Boy Scouts of America, and Quapaw Area Council Incorporated of the Boy Scouts of America | 5:20-cv-05034-TLB | United States District Court for the Western District of Arkansas, Fayetteville Division |
| 3 | Greater Los Angeles Area Council; Does 1 through 100 | John Doe 1 | JOHN DOE 1, an individual v. BOY SCOUTS OF AMERICA; BOY SCOUTS OF AMERICA GREATER LOS ANGELES AREA COUNCIL, and DOES 1 through 100 | 2:20-cv-01551 | United States District Court for the Central District of California, Western Division |
| 4 | DOE DEFENDANT 1; DOE DEFENDANT 2; DOES 3 THROUGH 10 | [Redacted] | [Redacted] v. DOE DEFENDANT 1; DOE DEFENDANT 2; DOES 3 THROUGH 10, INCLUSIVE | 30-2020-01122410-CU-PO-CJC | Superior Court of the State of California, County of Orange |
| 5 | DOE DEFENDANT 1; DOE DEFENDANT 2; DOES 3 THROUGH 10 | [Redacted] | [Redacted] v. DOE DEFENDANT 1; DOE DEFENDANT 2; DOES 3 THROUGH 10, INCLUSIVE | 37-2020-00000007-CU-PO-CTL | Superior Court of the State of California, County of San Diego, Central District |
| 6 | California Inland Empire Council; Does 1 through 100 | John Doe; [Redacted]. | JOHN DOE, a minor, an individually and by his Guardian Ad Litem, [Redacted] v. BOY SCOUTS OF AMERICA; BOY SCOUTS OF AMERICA, | 5:20-cv-00314 | United States District Court for the Central District |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | CALIFORNIA INLAND EMPIRE COUNCIL, and DOES 1 through 100 | | of California, Eastern Division |
| 7 | Silicon Valley Monterey Bay Council, Inc.; Learning for Life, Inc.; Does 7-100 | [Redacted] | [Redacted] v. Boy Scouts of America; Silicon Valley Monterey Bay Council; Learning for Life, Inc.; Joseph Alvarado; and Does 7-100 | 5:20-cv-1202 | United States District Court for the Northern District of California |
| 8[1] | Town of Trumbull; Learning for Life, Inc.; William Ruscoe; Thomas Kiely; Timothy Fedor | Jane Doe | JANE DOE v. TOWN OF TRUMBULL; LEARNING FOR LIFE INC.; BOY SCOUTS OF AMERICA CORPORATION; WILLIAM RUSCOE; THOMAS KIELY; TIMOTHY FEDOR | 20-05004 (JAM) | United States Bankruptcy Court for the District of Connecticut |
| 9 | Fairfield County Council of Boy Scouts of America, Inc.; Connecticut Yankee Council, Inc., Boy Scouts of America | John Doe #1; John Doe #2; John Doe #3; John Doe #4 | JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4 v. BOY SCOUTS OF AMERICA CORPORATION; FAIRFIELD COUNTY COUNCIL OF BOY SCOUTS OF AMERICA, INC.; CONNECTICUT YANKEE COUNCIL, INC., BOY SCOUTS OF AMERICA | 20-05005 (JAM) | United States Bankruptcy Court for the District of Connecticut |
| 10 | Fairfield County Council of Boy Scouts of America, Inc.; Connecticut Yankee Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. FAIRFIELD COUNTY COUNCIL OF BOY SCOUTS OF AMERICA, INC., CONNECTICUT YANKEE COUNCIL, INC., BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA CORPORATION | 20-05006 | United States Bankruptcy Court for the District of Connecticut |
| 11 | Connecticut Rivers Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. CONNECTICUT RIVERS COUNCIL, INC., BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICA CORPORATION | 20-02004 | United States Bankruptcy Court for the District of Connecticut |

---

[1] Pending Abuse Action 8 is stayed only with respect to non-debtor Defendant Learning for Life.

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 12 | Connecticut Rivers Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. CONNECTICUT RIVERS COUNCIL, INC., BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICA CORPORATION | 20-02003 | United States Bankruptcy Court for the District of Connecticut |
| 13 | Darwyn Azzinaro | [Redacted] | [Redacted] v. DARWYN AZZINARO and BOY SCOUTS OF AMERICA CORP. | SC 20309 | Supreme Court State of Connecticut |
| 14 | North Florida Council, Inc., Boy Scouts of America; Central Florida Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a corporation authorized to do business in Florida, the NORTH FLORIDA COUNCIL, INC., BOY SCOUTS OF AMERICA, a corporation authorized to do business in Florida, and the CENTRAL FLORIDA COUNCIL, INC., BOY SCOUTS OF AMERICA, a corporation authorized to do business in Florida | 6:20-cv-00275 | United States District Court for the Middle District of Florida, Orlando Division |
| 15 | North Florida Council, Inc., Boy Scouts of America; Silver Springs Shores Presbyterian Church, Inc. | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a corporation authorized to do business in Florida, the NORTH FLORIDA COUNCIL, INC., BOY SCOUTS OF AMERICA, a corporation authorized to do business in Florida, and SILVER SPRINGS SHORES PRESBYTERIAN CHURCH, INC, a corporation authorized to do business in Florida | 5:20-cv-00069 | United States District Court for the Middle District of Florida, Ocala Division |
| 16 | Stephen Zanetti; Linda Jensen; Aaron Moore | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a foreign non-profit corporation, MARK KERN, individually, STEPHEN ZANETTI, individually, LINDA JENSEN, individually and AARON MOORE individually | 0:20-cv-60351-XXXX | United States District Court for the Southern District of Florida, Fort Lauderdale Division |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 17 | Coastal Georgia Council, Inc. (f/k/a) Coastal Empire Council, Inc.; City of Bloomingdale | John Doe | JOHN DOE, a pseudonym v. BOY SCOUTS OF AMERICA (CORP), COASTAL GEORGIA COUNCIL, INC. f/k/a COASTAL EMPIRE COUNCIL, INC., and CITY OF BLOOMINGDALE | 4:20-cv-00033-RSB-CLR | United States District Court for the Southern District of Georgia, Savannah Division |
| 18 | Northeast Georgia Council, Inc.; Green Acres Baptist Church; First Baptist Church of Athens; Betty Boland, as the Administrator of the Estate of Ernest Boland | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, INC.; NORTHEAST GEORGIA COUNCIL, INC., GREEN ACRES BAPTIST CHURCH; FIRST BAPTIST CHURCH OF ATHENS and BETTY BOLAND, AS THE ADMINISTRATOR OF THE ESTATE OF ERNEST BOLAND | 3:20-cv-00021-CDL | United States District Court for the Middle District of Georgia, Athens Division |
| 19 | Northeast Georgia Council, Inc.; Green Acres Baptist Church; Beech Haven Baptist Church; First Baptist Church of Athens; Betty Boland, as the Administrator of the Estate of Ernest Boland | Dennis Doe | DENNIS DOE, individually and on behalf of the General Public of the State of Georgia v. BOY SCOUTS OF AMERICA, INC.; NORTHEAST GEORGIA COUNCIL, INC.., GREEN ACRES BAPTIST CHURCH; BEECH HAVEN BAPTIST CHURCH; FIRST BAPTIST CHURCH OF ATHENS and BETTY BOLAND, AS THE ADMINISTRATOR OF THE ESTATE OF ERNEST BOLAND | 3:20-cv-00022-CDL | United States District Court for the Middle District of Georgia, Athens Division |
| 20 | Northeast Georgia Council, Inc.; Green Acres Baptist Church; Beech Haven Baptist Church; First Baptist Church of Athens; Betty Boland, as the Administrator of the Estate of Ernest Boland | William Doe | WILLIAM DOE, individually and on behalf of the General Public of the State of Georgia v. BOY SCOUTS OF AMERICA, INC.; NORTHEAST GEORGIA COUNCIL, INC., GREEN ACRES BAPTIST CHURCH; BEECH HAVEN BAPTIST CHURCH; FIRST BAPTIST CHURCH OF ATHENS and BETTY BOLAND, AS THE | 3:20-cv-00024-CAR | United States District Court for the Middle District of Georgia, Athens Division |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | ADMINISTRATOR OF THE ESTATE OF ERNEST BOLAND | | |
| 21 | Northeast Georgia Council, Inc.; Green Acres Baptist Church; Beech Haven Baptist Church; First Baptist Church of Athens; Betty Boland, as the Administrator of the Estate of Ernest Boland | Timothy Doe | TIMOTHY DOE, individually and on behalf of the General Public of the State of Georgia v. BOY SCOUTS OF AMERICA, INC.; NORTHEAST GEORGIA COUNCIL, INC., GREEN ACRES BAPTIST CHURCH; BEECH HAVEN BAPTIST CHURCH; FIRST BAPTIST CHURCH OF ATHENS and BETTY BOLAND, AS THE ADMINISTRATOR OF THE ESTATE OF ERNEST BOLAND | 3:20-cv-00023-CDL | United States District Court for the Middle District of Georgia, Athens Division |
| 22 | Northeast Georgia Council, Inc.; Green Acres Baptist Church; Beech Haven Baptist Church; First Baptist Church of Athens; Betty Boland, as the Administrator of the Estate of Ernest Boland | John Doe | JOHN DOE, individually and on behalf of the General Public of the State of Georgia v. BOY SCOUTS OF AMERICA, INC.; NORTHEAST GEORGIA COUNCIL, INC., GREEN ACRES BAPTIST CHURCH; BEECH HAVEN BAPTIST CHURCH; FIRST BAPTIST CHURCH OF ATHENS and BETTY BOLAND, AS THE ADMINISTRATOR OF THE ESTATE OF ERNEST BOLAND | 3:20-cv-00025-CAR | United States District Court for the Middle District of Georgia, Athens Division |
| 23 | Northeast Georgia Council, Inc.; Green Acres Baptist Church; Beech Haven Baptist Church; First Baptist Church of Athens; Betty Boland, as the Administrator of the Estate of Ernest Boland; R. Fleming Weaver, Jr | Robert Doe | ROBERT DOE, individually and on behalf of the General Public of the State of Georgia v. BOY SCOUTS OF AMERICA, INC.; NORTHEAST GEORGIA COUNCIL, INC., GREEN ACRES BAPTIST CHURCH; BEECH HAVEN BAPTIST CHURCH; FIRST BAPTIST CHURCH OF ATHENS; BETTY BOLAND, AS THE ADMINISTRATOR OF THE ESTATE | 3:20-cv-00026-CAR | United States District Court for the Middle District of Georgia, Athens Division |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | OF ERNEST BOLAND, and R. FLEMING WEAVER, JR. | | |
| 24 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; And Doe-Individuals 6-47, Inclusive | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, A CONGRESSIONALLY CHARTERED CORPORATION, AUTHORIZED TO DO BUSINESS IN GUAM; BOY SCOUTS OF AMERICA ALOHA COUNSEL CHAMORRO DISTRICT; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; DOE ENTITIES 1-5; AND DOE-INDIVIDUALS 6-47, INCLUSIVE | 1:20-cv-00011 | United States District Court for the District of Guam |
| 25 | Boy Scouts of America Aloha Council Chamorro District; The School Sisters of Notre Dame, Milwaukee Province, Inc.; School Sisters of Notre Dame Central Pacific Province, Inc.; School Sisters of Notre Dame, Region of Guam; John Does 1-20 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; BOY SCOUTS OF AMERICA, ALOHA COUNCIL CHAMORRO DISTRICT; THE SCHOOL SISTERS OF NOTRE DAME, MILWAUKEE PROVINCE, INC.; SCHOOL SISTERS OF NOTRE DAME CENTRAL PACIFIC PROVINCE, INC.; SCHOOL SISTERS OF NOTRE DAME, REGION OF GUAM; and JOHN DOES 1-20 | 1:20-cv-00010 | United States District Court for the District of Guam |
| 26 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Doe Entities 1-5; | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. | 1:20-cv-00013 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | and Doe-Individuals 6-47, Inclusive | | MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; DOE-ENTITIES 1-5; and DOE-INDIVIDUALS 6-47, inclusive | | |
| 27 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Doe Entities 1-5; and Doe-Individuals 6-47, Inclusive | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAY OF THE SEA; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-47, inclusive | 1:20-cv-00014 | United States District Court for the District of Guam |
| 28 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans, Province of St. Mary; Doe-Entities 1-5; and Doe-Individuals 6-10, Inclusive | [Redacted] | [Redacted] v. CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS, PROVINCE OF ST. MARY; BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; DOE-ENTITIES 1-5; and DOE-INDIVIDUALS 6-10, inclusive | 1:20-cv-00012 | United States District Court for the District of Guam |
| 29 | Boy Scouts of America, Aloha Council; Gary L. Strain; Jane Does 1-10; Doe Corporations 1-10; Doe Partnerships 1-10; Doe Non-Profit Entities 1-10; and Doe Governmental Entities 1-10 | John Doe No. 120 | JOHN DOE NO. 120 v. BOY SCOUTS OF AMERICA; BOY SCOUTS OF AMERICA, ALOHA COUNCIL; GARY L. STRAIN; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10 | 1:20-cv-00077 | United States District Court for the District of Hawaii |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 30 | Hawkeye Area Council, Boy Scouts of America | John Doe | JOHN DOE v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Iowa and HAWKEYE AREA COUNCIL, BOY SCOUTS OF AMERICA, an Iowa corporation | 1:20-cv-00019 | United States District Court for the Northern District of Iowa, Cedar Rapids Division |
| 31 | Chicago Area Council, Inc., Boy Scouts of America; Pathway to Adventure Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Illinois, CHICAGO AREA COUNCIL, INC. BOY SCOUTS OF AMERICA, CHICAGO AREA COUNCIL, BOY SCOUTS OF AMERICA, INC., and PATHWAY TO ADVENTURE COUNCIL, INC., BOY SCOUTS OF AMERICA | 1:20-cv-01176 | United States District Court for the Northern District of Illinois, Eastern District |
| 32 | Lincoln Heritage Council, Inc., Boy Scouts of America; Audubon Baptist Church; Timothy Fleming | [Redacted] | [Redacted] v. TIMOTHY FLEMING AND THE BOY SCOUTS OF AMERICA AND AUDUBON BAPTIST CHURCH AND LINCOLN HERITAGE COUNCIL, INC., BOY SCOUTS OF AMERICA | 3:20-cv-126-CHB | United States District Court for the Western District of Kentucky |
| 33 | Robert Bulens | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, CORP.; and ROBERT BULENS | 1:20-cv-10319 | United States District Court for the District of Massachusetts |
| 34 | Gamehaven Council, Inc., Boy Scouts of America; St. Pius X Catholic Church of Rochester, Minnesota | Doe 386 | Doe 386 v. The Boy Scouts of America, Gamehaven Council, Inc., Boy Scouts of America and St. Pius X Catholic Church of Rochester, Minnesota | 0:20-cv-00542 | United States District Court for the District of Minnesota |
| 35 | Gamehaven Council, Inc., Boy Scouts of America; St. Pius X Catholic Church of Rochester, Minnesota | Doe 384 | Doe 384 v. The Boy Scouts of America, Gamehaven Council, Inc., Boy Scouts of America; and St. Pius X Catholic Church of Rochester, Minnesota | 0:20-cv-00537 | United States District Court for the District of Minnesota |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 36 | Gamehaven Council, Inc., Boy Scouts of America; St. Pius X Catholic Church of Rochester, Minnesota | Doe 383 | Doe 383 v. The Boy Scouts of America, Gamehaven Council, Inc., Boy Scouts of America; and St. Pius X Catholic Church of Rochester, Minnesota | 0:20-cv-00536 | United States District Court for the District of Minnesota |
| 37 | Gamehaven Council, Inc., Boy Scouts of America; St. Pius X Catholic Church of Rochester, Minnesota | Doe 583 | Doe 583 v. The Boy Scouts of America, Gamehaven Council, Inc., Boy Scouts of America; and St. Pius X Catholic Church of Rochester, Minnesota | 0:20-cv-00544 | United States District Court for the District of Minnesota |
| 38 | Gamehaven Council, Inc., Boy Scouts of America; St. Pius X Catholic Church of Rochester, Minnesota | Doe 382 | Doe 382 v. The Boy Scouts of America, Gamehaven Council, Inc., Boy Scouts of America and St. Pius X Catholic Church of Rochester, Minnesota | 0:20-cv-00535 | United States District Court for the District of Minnesota |
| 39 | Gamehaven Council, Inc., Boy Scouts of America; St. Pius X Catholic Church of Rochester, Minnesota | Doe 385 | Doe 385 v. The Boy Scouts of America, Gamehaven Council, Inc., Boy Scouts of America; and St. Pius X Catholic Church of Rochester, Minnesota | 0:20-cv-00540 | United States District Court for the District of Minnesota |
| 40 | Gamehaven Council, Inc., Boy Scouts of America; St. Pius X Catholic Church of Rochester, Minnesota | Doe 555 | Doe 555 v. The Boy Scouts of America, Gamehaven Council, Inc., Boy Scouts of America; and St. Pius X Catholic Church of Rochester, Minnesota | 0:20-cv-00543 | United States District Court for the District of Minnesota |
| 41 | Greater St. Louis Area Council, Boy Scouts of America, Inc.; Samuel Christian Carleton | John Doe | JOHN DOE by and through his Next Friend LINDA HOUSEKNECHT v. GREATER ST. LOUIS AREA COUNCIL, BOY SCOUTS OF AMERICA, INC. and BOY SCOUTS OF AMERICA, and SAMUEL CHRISTIAN CARLETON | 4:20-cv-00273 | United States District Court for the Eastern District of Missouri, Eastern Division |
| 42 | St. Louis County, Missouri; Steve Stenger; Chief Of Police Jon Belmar; Eric R. Parks | Minor John Doe, by [Redacted]as next friend | MINOR JOHN DOE by [Redacted]as next friend v. ST. LOUIS COUNTY, MISSOURI; STEVE STENGER; CHIEF OF POLICE JON BELMAR; BOY SCOUTS OF AMERICA; AND ERIC R. PARKS | 4:20-cv-00272 | United States District Court for the Eastern District of Missouri, Eastern Division |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 43 | Heat of America Council, Boy Scouts of America; Terry Wright | [Redacted] | [Redacted] v. TERRY WRIGHT and HEART OF AMERICA COUNCIL, BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA | 4:20-cv-00110-FJG | United States District Court for the Western District of Missouri, Western Division |
| 44 | Montana Council, Boy Scouts of America | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Montana; and MONTANA COUNCIL, BOY SCOUTS OF AMERICA, a Montana non-profit corporation | 4:20-cv-00008-BMM | United States District Court for the District of Montana |
| 45 | Montana Council, Boy Scouts of America; John Does I and II | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Montana; and MONTANA COUNCIL, BOY SCOUTS OF AMERICA, a Montana non-profit corporation, and JOHN DOES I and II | 4:20-cv-00010-BMM | United States District Court for the District of Montana |
| 46 | Montana Council, Boy Scouts of America | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Montana; and MONTANA COUNCIL, BOY SCOUTS OF AMERICA, a Montana non-profit corporation | 4:20-cv-00009-BMM | United States District Court for the District of Montana |
| 47 | Daniel Webster Council, Boy Scouts of America | John Doe AM, John Doe DS, John Doe DZ, John Doe DN, John Doe PJ, and John Doe PT | JOHN DOE AM, JOHN DOE DS, JOHN DOE DZ, JOHN DOE DN, JOHN DOE PJ, and JOHN DOE PT v. BOY SCOUTS OF AMERICA, AND DANIEL WEBSTER COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00252 | United States District Court for the District of New Hampshire |
| 48 | Jersey Shore Council, Inc., Boy Scouts of America, f/k/a Atlantic Area Council, | [Redacted] | [Redacted] v. THE NATIONAL BOY SCOUTS OF AMERICA FOUNDATION d/b/a THE BOY | 1:20-cv-01744 | United States District Court for |

| Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|
| Inc., Boy Scouts of America, a/k/a Atlantic Area Council No. 331; ABC Entity, its directors, officers, employees, agents, servants, representatives and/or volunteers, is a fictitious name of an entity believed to have employed and/or supervised Angelo "Skip" Dellomo; and John Does 1-5, individually, and in their capacity as a former and/or current director, officer, employee, agent, servant, representative and/or volunteer of the defendants, are persons whose identities are unknown to Plaintiff | | SCOUTS OF AMERICA; JERSEY SHORE COUNCIL, INC., BOY SCOUTS OF AMERICA, f/k/a ATLANTIC AREA COUNCIL, INC., BOY SCOUTS OF AMERICA, a/k/a ATLANTIC AREA COUNCIL NO. 331; ABC ENTITY, its directors, officers, employees, agents, servants, representatives and/or volunteers, is a fictitious name of an entity believed to have employed and/or supervised Angelo "Skip" Dellomo; and JOHN DOES 1-5, individually, and in their capacity as a former and/or current director, officer, employee, agent, servant, representative and/or volunteer of the defendants, are persons whose identities are unknown to Plaintiff | | the District of New Jersey |
| 49 | Essex County Council of the Boy Scout of America; Northern New Jersey Council of the Boy Scouts of America; Boy Scout Troop #64; XYZ Entities 1-100 (fictitious designations); and JOHN Does 1-200 (fictitious designations) | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; ESSEX COUNTY COUNCIL OF THE BOYS SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL OF THE BOY SCOUTS OF AMERICA; BOY SCOUT TROOP #64; XYZ ENTITIES 1-100 (fictitious designations); and JOHN DOES 1-200 (fictitious designations) | 20-cv-01743 | United States District Court for the District of New Jersey |
| 50 | Essex County Counsel of the Boy Scouts of America; Xyz Corporation 1-100 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a Congressionally Chartered Corporation, ESSEX COUNTY COUNSEL OF THE BOY SCOUTS OF | 2:19-cv-17954-BRM-JAD | United States District Court for the District of New Jersey |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | AMERICA and XYZ CORPORATION 1-100 | | |
| 51 | Northern New Jersey Council Boy Scouts of America, Inc. ; ABC Corporations 1-10, and John Does 1-10 | Jack Doe | JACK DOE v. BOY SCOUTS OF AMERICA, NORTHERN NEW JERSEY COUNCIL BOY SCOUTS OF AMERICA, INC., ABC CORPORATIONS 1-10, AND JOHN DOES 1-10 | 3:20-cv-01735 | United States District Court for the District of New Jersey |
| 52 | The Pingry School; Thad Alton, and John Does 1-50, and ABC Corporations 1-50 | [Redacted] | [Redacted] v. THE PINGRY SCHOOL, BOY SCOUTS OF AMERICA, THAD ALTON, and JOHN DOES 1-50, and ABC CORPORATIONS 1-50 | 2:20-cv-01721 | United States District Court for the District of New Jersey |
| 53 | John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; JOHN DOES 1-10 | 3:20-cv-01739 | United States District Court for the District of New Jersey |
| 54 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 3:20-cv-01741 | United States District Court for the District of New Jersey |
| 55 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 3:20-cv-01740 | United States District Court for the District of New Jersey |
| 56 | Monmouth Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; MONMOUTH COUNCIL; JOHN DOES 1-10 | 20-01106 | United States Bankruptcy Court for the District of New Jersey |
| 57 | Jersey Shore Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; JERSEY SHORE COUNCIL; JOHN DOES 1-10 | T20-1117 | United States Bankruptcy Court for the District of New Jersey |

|  | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 58 | Monmouth Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; MONMOUTH COUNCIL; JOHN DOES 1-10 | 20-01110 | United States Bankruptcy Court for the District of New Jersey |
| 59 | Monmouth Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; MONMOUTH COUNCIL; JOHN DOES 1-10 | 20-01111 | United States Bankruptcy Court for the District of New Jersey |
| 60 | Monmouth Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; MONMOUTH COUNCIL; JOHN DOES 1-10 | 20-01103 | United States Bankruptcy Court for the District of New Jersey |
| 61 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 3:20-cv-01713 | United States District Court for the District of New Jersey |
| 62 | Patriots' Path Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; PATRIOTS' PATH COUNCIL; JOHN DOES 1-10 | 20-01105 | United States Bankruptcy Court for the District of New Jersey |
| 63 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 3:20-cv-01742 | United States District Court for the District of New Jersey |
| 64 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 1:20-cv-01733 | United States District Court for the District of New Jersey |
| 65 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 3:20-cv-01746 | United States District Court for the District of New Jersey |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 66 | Garden State Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; GARDEN STATE COUNCIL; JOHN DOES 1-10 | 20-1116 | United States Bankruptcy Court for the District of New Jersey |
| 67 | Patriots' Path Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; PATRIOTS' PATH COUNCIL; JOHN DOES 1-10 | 20-01108 | United States Bankruptcy Court for the District of New Jersey |
| 68 | Jersey Shore Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; JERSEY SHORE COUNCIL; JOHN DOES 1-10 | 20-1115 | United States Bankruptcy Court for the District of New Jersey |
| 69 | Garden State Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; GARDEN STATE COUNCIL; JOHN DOES 1-10 | 20-1120 | United States Bankruptcy Court for the District of New Jersey |
| 70 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 3:20-cv-01734 | United States District Court for the District of New Jersey |
| 71 | Monmouth Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; MONMOUTH COUNCIL; JOHN DOES 1-10 | 20-01109 | United States Bankruptcy Court for the District of New Jersey |
| 72 | Patriots Path Council | [Redacted] | [Redacted] v. PATRIOTS PATH COUNCIL; BOY SCOUTS OF AMERICA, INC. | 20-01107 | United States Bankruptcy Court for the District of New Jersey |
| 73 | Patriots' Path Council, Inc. Boy Scouts of America, Sussex District Boy Scouts of America d/b/a Stillwater Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a Congressionally Chartered Corporation, PATRIOTS' PATH COUNCIL, INC. BOY SCOUTS OF AMERICA, SUSSEX DISTRICT BOY SCOUTS OF AMERICA d/b/a Stillwater | 20-01104 | United States Bankruptcy Court for the District of New Jersey |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | and/or Group 83 Stillwater, and XYZ Corporation 1-100 | | Boy Scouts of America and/or Group 83 Stillwater, and XYZ CORPORATION 1-100 | | |
| 74 | Country Farm Supply; Sacred Heart – Espanola; Monastery of Christ in the Desert; Richard Lucero | John Doe | JOHN DOE v. [Redacted], COUNTRY FARM SUPPLY, BOY SCOUTS OF AMERICA, SACRED HEART - ESPANOLA, and MONASTERY OF CHRIST IN THE DESERT | 20-01014 | United States Bankruptcy Court for the District of New Mexico |
| 75 | Great Southwest Council, Boy Scouts of America | John Doe | JOHN DOE v. THE BOY SCOUTS OF AMERICA, a Congressionally Chartered Corporation, and GREAT SOUTHWEST COUNCIL, BOY SCOUTS OF AMERICA, a New Mexico non-profit corporation | 20-01015 | United States Bankruptcy Court for the District of New Mexico |
| 76 | Richard L. Lucero | [Redacted] | [Redacted] v. Richard L. Lucero, and Boy Scouts of America | 20-01013 | United States Bankruptcy Court for the District of New Mexico |
| 77 | Longhouse Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. THE NATIONAL BOY SCOUTS OF AMERICA FOUNDATION d/b/a THE BOY SCOUTS OF AMERICA, and LONGHOUSE COUNCIL, INC., BOY SCOUTS OF AMERICA | 5:20-cv-00172-GTS-TWD | United States District Court for the Northern District of New York |
| 78 | Hiawatha Council; The Roman Catholic Diocese of Syracuse; Saint John the Baptist Church; Donald J. Herbert; Does 1-100 | [Redacted] | [Redacted] v. DONALD J. HERBERT; BOY SCOUTS OF AMERICA, INC.; BOY SCOUTS OF AMERICA - HIAWATHA COUNCIL; THE ROMAN CATHOLIC DIOCESE OF SYRACUSE; SAINT JOHN THE BAPTIST CHURCH; and DOES 1-100 | 5:20-cv-181 | United States District Court for the Northern District of New York |
| 79 | Longhouse Council | [Redacted] | [Redacted] and R.E.M. v. BOY SCOUTS OF AMERICA and LONGHOUSE COUNCIL | 5:20-cv-178 | United States District Court for the Northern |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | | | District of New York |
| 80 | Boy Scout Troop 95; Our Savior Lutheran Church; Hudson Valley Council, Inc., Boy Scouts of America; Michael Kelsey; Richard Robbins | Anonymous #1., An Infant, by his Parent and Natural Guardians, and his Parents and Natural Guardians Individually | ANONYMOUS #1, An Infant, by his Parent and Natural Guardians, and his Parents and Natural Guardians Individually v. MICHAEL KELSEY, RICHARD ROBBINS, BOY SCOUT TROOP 95, OUR SAVIOR LUTHERAN CHURCH, HUDSON VALLEY COUNCIL, INC., BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICA, INC. | 7:20-cv-1542 | United States District Court for the Southern District of New York |
| 81 | Boy Scout Troop 95; Our Savior Lutheran Church; Hudson Valley Council, Inc., Boy Scouts of America; Michael Kelsey; Richard Robbins | Anonymous #2, An Infant, by his Parent and Natural Guardians, and his Parents and Natural Guardians Individually | ANONYMOUS #2, An Infant, by his Parent and Natural Guardians, and his Parents and Natural Guardians Individually v. MICHAEL KELSEY, RICHARD ROBBINS, BOY SCOUT TROOP 95, OUR SAVIOR LUTHERAN CHURCH, HUDSON VALLEY COUNCIL, INC., BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICA, INC. | 7:20-cv-1543 | United States District Court for the Southern District of New York |
| 82 | Five Rivers Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and FIVE RIVERS COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00212 | United States District Court for the Western District of New York |
| 83 | Five Rivers Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and FIVE RIVERS COUNCIL | 6:20-cv-06107 | United States District Court for the Western District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 84 | Five Rivers Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and FIVE RIVERS COUNCIL | 6:20-cv-06108 | United States District Court for the Western District of New York |
| 85 | Boy Scouts of America,-Pack 494 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA,-Pack 494 | 1:20-cv-00879 | United States District Court for the Eastern District of New York |
| 86 | Diocese of Brooklyn; St. Francis Xavier Church; Greater New York Councils, Inc., Boy Scouts of America; Brooklyn Council, Boy Scouts of America | [Redacted] | [Redacted] v. DIOCESE OF BROOKLYN, ST. FRANCIS XAVIER CHURCH, NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA, GREATER NEW YORK COUNCILS, INC., BOY SCOUTS OF AMERICA and BROOKLYN COUNCIL, BOY SCOUTS OF AMERICA, a New York Corporation | 1:20-cv-00882 | United States District Court for the Eastern District of New York |
| 87 | Boy Scouts of America,-Pack 494 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA,-Pack 494 | 1:20-cv-00876 | United States District Court for the Eastern District of New York |
| 88 | Boy Scouts of America,-Pack 494 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA,-Pack 494 | 1:20-cv-940 | United States District Court for the Eastern District of New York |
| 89 | Greater New York Councils, Boy Scouts of America; Brooklyn Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, INC., a Congressionally Chartered Corporation authorized to do business in New York, GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA, a New York Corporation, and BROOKLYN COUNCIL, BOY | 1:20-cv-941 | United States District Court for the Eastern District of New York |

| Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|
| | | SCOUTS OF AMERICA, a New York Corporation | | |
| 90 | Diocese of Brooklyn; Church of the Holy Innocents; Greater New York Council of the Boy Scouts of America; Alpine Scout Camp; Frank Pedone | [Redacted] | [Redacted] v. DIOCESE OF BROOKLYN, CHURCH OF THE HOLY INNOCENTS, GREATER NEW YORK COUNCIL OF THE BOY SCOUTS OF AMERICA, ALPINE SCOUT CAMP, and FRANK PEDONE | 1:20-cv-945 | United States District Court for the Eastern District of New York |
| 91 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-00871 | United States District Court for the Eastern District of New York |
| 92 | Greater New York Councils, Boy Scouts of America; Greater New York Councils; Queens Council, Boy Scouts of America; Diocese of Brooklyn; St. Benedict Joseph Labre Church; St. Benedict Joseph Labre School ; James T. Grace Jr. | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NATIONAL BOY SCOUTS OF AMERICA FOUNDATION; SCOUTS BSA;; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS; QUEENS COUNCIL, BOY SCOUTS OF AMERICA; DIOCESE OF BROOKLYN; ST. BENEDICT JOSEPH LABRE CHURCH; ST. BENEDICT JOSEPH LABRE SCHOOL; and JAMES T. GRACE JR. | 1:20-cv-00880 | United States District Court for the Eastern District of New York |
| 93 | Greater New York Councils; Brooklyn Council; John B. Lowell | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, GREATER NEW YORK COUNCILS, BROOKLYN COUNCIL and JOHN B. LOWELL | 1:20-cv-874 | United States District Court for the Eastern District of New York |
| 94 | Greater New York Councils, Boy Scouts of America; Greater New York Councils; Brooklyn | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; NATIONAL BOY SCOUTS OF AMERICA FOUNDATION; SCOUTS BSA; GREATER NEW YORK COUNCILS, | 1:20-cv-00862 | United States District Court for the Eastern District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Council, Boy Scouts of America | | BOY SCOUTS OF AMERICA; AND GREATER NEW YORK COUNCILS, BROOKLYN COUNCIL, BOY SCOUTS OF AMERICA | | |
| 95 | Boy Scouts OF America,-Pack 494 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA,-Pack 494 | 1:20-cv-00878 | United States District Court for the Eastern District of New York |
| 96 | Boy Scouts OF America,-Pack 494 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and BOY SCOUTS OF AMERICA,-Pack 494 | 1:20-cv-00883 | United States District Court for the Eastern District of New York |
| 97 | Westchester-Putnam Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and WESTCHESTER-PUTNAM COUNCIL | 7:20-cv-01383-NSR | United States District Court for the Southern District of New York |
| 98 | Suffolk County Council of the Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and SUFFOLK COUNTY COUNCIL OF THE BOY SCOUTS OF AMERICA | 2:20-cv-865 | United States District Court for the Eastern District of New York |
| 99 | Theodore Roosevelt Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and THEODORE ROOSEVELT COUNCIL, BOY SCOUTS OF AMERICA | 7:20-cv-1497 | United States District Court for the Southern District of New York |
| 100 | Westchester-Putnam Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and WESTCHESTER-PUTNAM COUNCIL, BOY SCOUTS OF AMERICA | 7:20-cv-1498 | United States District Court for the Southern District of New York |
| 101 | Westchester-Putnam Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and WESTCHESTER- | 7:20-cv-1499 | United States District Court for the Southern |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | PUTNAM COUNCIL, BOY SCOUTS OF AMERICA | | District of New York |
| 102 | Westchester-Putnam Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and WESTCHESTER-PUTNAM COUNCIL, BOY SCOUTS OF AMERICA | 7:20-cv-1501 | United States District Court for the Southern District of New York |
| 103 | Westchester-Putnam Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and WESTCHESTER PUTNAM COUNCIL, BOY SCOUTS OF AMERICA | 7:20-cv-1540 | United States District Court for the Southern District of New York |
| 104 | Westchester-Putnam Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and WESTCHESTER-PUTNAM COUNCIL, BOY SCOUTS OF AMERICA | 7:20-cv-1537 | United States District Court for the Southern District of New York |
| 105 | Bronx Council Boy Scouts of America, Inc.; St. Helena Parish | Anonymous BR | ANONYMOUS BR v. THE BOY SCOUTS OF AMERICA, BRONX COUNCIL BOY SCOUTS OF AMERICA, INC., and ST. HELENA PARISH | 1:20-cv-1479 | United States District Court for the Southern District of New York |
| 106 | St. Demetrios Greek Orthodox Church; Greek Orthodox Archdiocese of America; The Boy Scouts of America Greater New York Councils; Lawrence Svrcek | [Redacted] | [Redacted] v. LAWRENCE SVRCEK, ST. DEMETRIOS GREEK ORTHODOX CHURCH, GREEK ORTHODOX ARCHDIOCESE OF AMERICA, THE BOY SCOUTS OF AMERICA, and THE BOY SCOUTS OF AMERICA GREATER NEW YORK COUNCILS | 1:20-cv-942 | United States District Court for the Eastern District of New York |
| 107 | Greater Niagara Frontier Council of the Boy Scouts of America; Diocese of | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, GREATER NIAGARA FRONTIER COUNCIL OF THE BOY SCOUTS OF AMERICA, DIOCESE OF | 1:20-cv-285 | United States District Court for the Western |

|  | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
|  | Buffalo; St. Ambrose Church | | BUFFALO, AND ST. AMBROSE CHURCH | | District of New York |
| 108 | Greater Niagara Frontier Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL | 1:20-cv-00220 | United States District Court for the Western District of New York |
| 109 | Greater Niagara Frontier Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NIAGARA FRONTIER COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00200 | United States District Court for the Western District of New York |
| 110 | Greater Niagara Frontier Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NIAGARA FRONTIER COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00205 | United States District Court for the Western District of New York |
| 111 | Greater Niagara Frontier Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL | 1:20-cv-00202 | United States District Court for the Western District of New York |
| 112 | Greater Niagara Frontier Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL | 1:20-cv-00203 | United States District Court for the Western District of New York |
| 113 | Greater Niagara Frontier Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL | 1:20-cv-00214 | United States District Court for the Western District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 114 | Greater Niagara Frontier Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL | 1:20-cv-00209 | United States District Court for the Western District of New York |
| 115 | Greater Niagara Frontier Council #380 | John Doe | JOHN DOE v. BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL #380 | 1:20-cv-00216 | United States District Court for the Western District of New York |
| 116 | Greater Niagara Frontier Council #380 of the Boy Scouts of America; Holy See, State of Vatican City - The Vatican; Pope Francis - The Pontiff; Bishop of Rome, Supreme Leader and Supervisor of the Roman Catholic Church, a/k/a Jorge Mario Bergoglio; Archbishop Timothy Dolan, Archbishop of New York; Archbishop Christopher Pierre, Apostolic Nuncio of the Holy See for the United States; The Foundation of the Roman Catholic Diocese of Buffalo N.Y., Inc; Most Reverend Richard J. Malone, a/k/a Bishop Richard J. Malone; Most Reverend Edward U. Kmiec, a/k/a Bishop Edward U. Kmiec; Most | KS-Doe-1, KS-Doe-1a; KS-Doe-2; KS-Doe-2a; KS-Doe-3; KS-Doe-3a; KS-Doe-4; KS-Doe-4a; KS-Doe-5; KS-Doe-6; KS-Doe-7; KS-Doe-7a; KS-Doe-8; KS-Doe-9; KS-Doe-9a; KS-Doe-10; KS-Doe-10a; KS-Doe-11; KS-Doe-12a; KS-Doe-12; KS-Doe-13; KS-Doe-14; KS-Doe-15; KS-Doe-16; KS-Doe-16a; KS-Doe-17; KS-Doe-21; KS-Doe-21a; KS-Doe-22; and KS-Doe | KS-Doe-1; KS-Doe-1a; KS-Doe-2; KS-Doe-2a; KS-Doe-3; KS-Doe-3a; KS-Doe-4; KS-Doe-4a; KS-Doe-5; KS-Doe-6; KS-Doe-7; KS-Doe-7a; KS-Doe-8; KS-Doe-9; KS-Doe-9a; KS-Doe-10; KS-Doe-10a; KS-Doe-11; KS-Doe-11a; KS-Doe-12; KS-Doe-12a; KS-Doe-13; KS-Doe-14; KS-Doe-15; KS-Doe-16; KS-Doe-16a; KS-Doe-17; KS-Doe-21; KS-Doe-21a; KS-Doe-22; and KS-Doe v. Holy See, State of Vatican City - The Vatican; Pope Francis - The Pontiff; Bishop of Rome, Supreme Leader and Supervisor of the Roman Catholic Church, a/k/a Jorge Mario Bergoglio; Archbishop Timothy Dolan, Archbishop of New York; Archbishop Christopher Pierre, Apostolic Nuncio of the Holy See for the United States; The Foundation of the Roman Catholic Diocese of Buffalo N.Y., Inc; Most Reverend Richard J. Malone, a/k/a Bishop Richard J. Malone; Most Reverend Edward U. Kmiec, a/k/a Bishop Edward U. Kmiec; Most | 1:20-cv-247 | United States District Court for the Western District of New York |

| Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|
| Reverend Henry J. Mansell, a/k/a Bishop Henry J. Mansell; St. Joseph Investment Fund, Inc.; George J. Eberl; Society of Jesus, USA-Northeast Province a/k/a The Jesuits; Rev. Ronald Silverio; Rev. Basil Ormsby, S.J.; Rev. Florian Jasinski; Rev. Joseph Persich, S.J.; Rev. David Bialakowski; Rev. Frederick Fingerle; Monsignor Michael Harrington; Monsignor William Stanton; Rev. Theodore Podson; Rev. Nelson Kinmartin; Rev. Gerald Jasinski; Rev. Ronald Sajdak; Rev. Donald W. Becker; Rev. Norbert Orsolits; Rev. William White; Rev. John P. Hajduk; St. Bridgets R.C. Church; All Saints R.C. Church; The Blessed Trinity R.C. Church; Holy Family R.C. Church; St. Teresas R.C. Church; St. Josephats R.C. Church; St. John Gualberts R.C. Church; St. John Vianney R.C. Church; St. Pauls R.C. Church; Immaculate Conception | | Reverend Henry J. Mansell, a/k/a Bishop Henry J. Mansell; St. Joseph Investment Fund, Inc.; George J. Eberl; Society of Jesus, USA-Northeast Province a/k/a The Jesuits; Rev. Ronald Silverio; Rev. Basil Ormsby, S.J.; Rev. Florian Jasinski; Rev. Joseph Persich, S.J.; Rev. David Bialakowski; Rev. Frederick Fingerle; Monsignor Michael Harrington; Monsignor William Stanton; Rev. Theodore Podson; Rev. Nelson Kinmartin; Rev. Gerald Jasinski; Rev. Ronald Sajdak; Rev. Donald W. Becker; Rev. Norbert Orsolits; Rev. William White; Rev. John P. Hajduk; St. Bridgets R.C. Church; All Saints R.C. Church; The Blessed Trinity R.C. Church; Holy Family R.C. Church; St. Teresas R.C. Church; St. Josephats R.C. Church; St. John Gualberts R.C. Church; St. John Vianney R.C. Church; St. Pauls R.C. Church; Immaculate Conception R.C. Church; Canisius High School of Buffalo; Calasanctius School of Buffalo; Bishop Turner High School; Christ the King; Seminary; Queen of Peave R.C. Church; Priest-Doet(s); Attorney(s) ABC and Accountant(s) XYZ; The Fidelis Care as a Trademark for the Centene Corporation; Catholic Health of WNY and its subsidiaries; Catholic Cemeteries of the Roman Catholic Diocese of Buffalo, Inc.; Christ the King Seminary Fund, Inc.; John Gruber, individually; | | |

| Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|
| R.C. Church; Canisius High School of Buffalo; Calasanctius School of Buffalo; Bishop Turner High School; Christ the King; Seminary; Queen of Peave R.C. Church; Priest-Doe(s); Attorney(s) ABC and Accountant(s) XYZ; The Fidelis Care as a Trademark for the Centene Corporation; Catholic Health of WNY and its subsidiaries; Catholic Cemeteries of the Roman Catholic Diocese of Buffalo, Inc.; Christ the King Seminary Fund, Inc.; John Gruber, individually | | and The Boy Scouts of America and the Greater Niagara Frontier Council #380 of the Boy Scouts of America | | |
| 117 | Boy Scouts of America, Iroquois Trail Council, Inc.; Boy Scouts of America, Greater Niagara Frontier Council, Inc.; Alleghany Highlands Council, Inc. | PB-9 Doe | PB-9 Doe v. BOY SCOUTS OF AMERICA, IROQUOIS TRAIL COUNCIL, INC., BOY SCOUTS OF AMERICA, GREATER NIAGARA FRONTIER COUNCIL, INC., BOY SCOUTS OF AMERICA, and ALLEGHANY HIGHLANDS COUNCIL, INC. | 1:20-cv-00221 | United States District Court for the Western District of New York |
| 118 | Theodore Roosevelt Council, Inc., Boy Scouts of America f/k/a Nassau County Council Boy Scouts of America, Inc. | [Redacted] | [Redacted] v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA, a foreign not-for-profit corporation and THEODORE ROOSEVELT COUNCIL, INC., BOY SCOUTS OF AMERICA f/k/a NASSAU | 2:20-cv-954 | United States District Court for the Eastern District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | COUNTY COUNCIL BOY SCOUTS OF AMERICA, INC., a domestic not-for-profit corporation | | |
| 119 | N/A | Anonymous | ANONYMOUS v. BOY SCOUTS OF AMERICA | 2:20-cv-995 | United States District Court for the Eastern District of New York |
| 120 | Theodore Roosevelt Council, Inc., Boy Scouts of America f/k/a Nassau County Council of Boy Scouts of America, Inc.; House of Hope Presbyterian Church; Does 1-5 whose identities are unknown to Plaintiff | [Redacted] | [Redacted] v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; THEODORE ROOSEVELT COUNCIL, INC., BOY SCOUTS OF AMERICA f/k/a NASSAU COUNTY COUNCIL OF BOY SCOUTS OF AMERICA, INCORPORATED; HOUSE OF HOPE PRESBYTERIAN CHURCH; and DOES 1-5 whose identities are unknown to Plaintiff | 2:20-cv-933 | United States District Court for the Eastern District of New York |
| 121 | Theodore Roosevelt Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and THEODORE ROOSEVELT COUNCIL, BOY SCOUTS OF AMERICA | 2:20-cv-950 | United States District Court for the Eastern District of New York |
| 122 | Theodore Roosevelt Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and THEODORE ROOSEVELT COUNCIL, BOY SCOUTS OF AMERICA | 2:20-cv-949 | United States District Court for the Eastern District of New York |
| 123 | Twin Rivers Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and TWIN RIVERS COUNCIL | 1:20-cv-167 | United States District Court for the Northern District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 124 | Boy Scouts of America Twin Rivers Council; Vincent Siecinski | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA (BSA), BOY SCOUTS OF AMERICA TWIN RIVERS COUNCIL, VINCENT SIECINSKI | 1:20-cv-00180-GTS-TWD | United States District Court for the Northern District of New York |
| 125 | Twin Rivers Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and TWIN RIVERS COUNCIL, BOY SCOUTS OF AMERICA | 3:20-cv-208 | United States District Court for the Northern District of New York |
| 126 | Twin Rivers Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and TWIN RIVERS COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00170-GTS-TWD | United States District Court for the Northern District of New York |
| 127 | Twin Rivers Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and TWIN RIVERS COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00175-GTS-TWD | United States District Court for the Northern District of New York |
| 128 | Greater New York Councils, Inc., Boy Scouts of America; Manhattan Council, Boy Scouts of America; Archdiocese of New York; Our Lady of Lourdes Catholic School | [Redacted] | [Redacted] v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA, GREATER NEW YORK COUNCILS, INC., BOY SCOUTS OF AMERICA, MANHATTAN COUNCIL, BOY SCOUTS OF AMERICA, ARCHDIOCESE OF NEW YORK and OUR LADY OF LOURDES CATHOLIC SCHOOL | 1:20-cv-1597 | United States District Court for the Southern District of New York |
| 129 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW | 1:20-cv-1981 | United States District Court for the Southern |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | YORK COUNCILS, BOY SCOUTS OF AMERICA | | District of New York |
| 130 | Greater New York Council of the Boy Scouts of America; Ten Miles River Scout Camp; Camp Aquehonga | John Doe | JOHN DOE v. GREATER NEW YORK COUNCIL OF THE BOY SCOUTS OF AMERICA; TEN MILES RIVER SCOUT CAMP, CAMP AQUEHONGA and BRUCE DeSANDRE | 1:20-cv-1403 | United States District Court for the Southern District of New York |
| 131 | Greater New York Council of the Boy Scouts of America; Big Cross Elementary School | John Doe | JOHN DOE v. GREATER NEW YORK COUNCIL OF THE BOY SCOUTS OF AMERICA and BIG CROSS ELEMENTARY SCHOOL | 1:20-cv-1526 | United States District Court for the Southern District of New York |
| 132 | Greater New York Council of the Boy Scouts of America; Ten Mile River Scout Camp; Gary Ackerman | John Doe | JOHN DOE v. GREATER NEW YORK COUNCIL OF THE BOY SCOUTS OF AMERICA, TEN MILE RIVER SCOUT CAMP and GARY ACKERMAN | 1:20-cv-1438 | United States District Court for the Southern District of New York |
| 133 | Greater New York Councils, Boy Scouts of America d/b/a Queens Council; Greater New York Councils, Boy Scouts of America, St. Nicholas of Tolentine; University Heights Presbyterian Church; Does 1-5 whose identities are unknown to Plaintiff | [Redacted] | [Redacted] v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA d/b/a QUEENS COUNCIL, GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; ST. NICHOLAS OF TOLENTINE; UNIVERSITY HEIGHTS PRESBYTERIAN CHURCH; and DOES 1-5 whose identities are unknown to Plaintiff | 1:20-cv-1491 | United States District Court for the Southern District of New York |
| 134 | Greater New York Councils, Boy Scouts of America a/b/a Staten Island Council Boy Scouts of | ARK85 Doe | ARK85 Doe v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER | 1:20-cv-1455 | United States District Court for the Southern |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | America, Inc.; St. Teresa Parish a/k/a Church of St. Teresa of the Infant Jesus; Does 1-5 whose identities are unknown to Plaintiff | | NEW YORK COUNCILS, BOY SCOUTS OF AMERICA d/b/a STATEN ISLAND COUNCIL BOY SCOUTS OF AMERICA, INC.; ST. TERESA PARISH a/k/a CHURCH OF ST. TERESA OF THE INFANT JESUS; and DOES 1-5 whose identities are unknown to Plaintiff | | District of New York |
| 135 | Greater New York Councils, Boy Scouts of America; St. Pius V; Does 1-5 whose identities are unknown to Plaintiff | ARK99 Doe | ARK99 DOE v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; ST. PIUS V; and DOES 1-5 whose identities are unknown to Plaintiff | 1:20-cv-1461 | United States District Court for the Southern District of New York |
| 136 | Greater New York Councils, Boy Scouts of America a/b/a/ Manhattan Council; Greater New York Councils, Boy Scouts of America; Does 1-5 whose identities are unknown to Plaintiff | ARK100 DOE | ARK100 DOE v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA d/b/a MANHATTAN COUNCIL, GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; and DOES 1-5 whose identities are unknown to Plaintiff | 1:20-cv-1473 | United States District Court for the Southern District of New York |
| 137 | Greater New York Councils, Boy Scouts of America a/b/a Manhattan Council; Greater New York Councils, Boy Scouts of America; Big Apple District; Greater New York Councils, Boy Scouts of | ARK102 Doe | ARK102 DOE v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA d/b/a MANHATTAN COUNCIL, GREATER NEW YORK COUNCILS, BOY | 1:20-cv-1474 | United States District Court for the Southern District of New York |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | America; Does 1-5 whose identities are unknown to Plaintiff | | SCOUTS OF AMERICA; BIG APPLE DISTRICT, GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; and DOES 1-5 whose identities are unknown to Plaintiff | | |
| 138 | Greater New York Councils, Boy Scouts of America a/b/a Brooklyn Council, Boy Scouts of America; Holy Family Church; Does 1-5 whose identities are unknown to Plaintiff | ARK103 Doe | ARK103 DOE v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA d/b/a BROOKLYN COUNCIL, BOY SCOUTS OF AMERICA; HOLY FAMILY CHURCH; and DOES 1-5 whose identities are unknown to Plaintiff | 1:20-cv-1475 | United States District Court for the Southern District of New York |
| 139 | Greater New York Councils, Boy Scouts of America a/k/a Greater New York City Councils; Bronx Council a/k/a and d/b/a Bronx Council, Boy Scouts of America; Ten Mile River Scout Camps, Boy Scouts of America a/k/a Ten Mile River Scout Camps; Alpine Scout Camp a/k/a Alpine Scout Camp, Boy Scouts of America; Patrick A. Mancuso; Does 1-5 whose identities are unknown to Plaintiff | ARK104 Doe | ARK104 DOE v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA a/k/a GREATER NEW YORK CITY COUNCILS, BRONX COUNCIL a/k/a and d/b/a BRONX COUNCIL, BOY SCOUTS OF AMERICA; TEN MILE RIVER SCOUT CAMPS, BOY SCOUTS OF AMERICA a/k/a TEN MILE RIVER SCOUT CAMPS; ALPINE SCOUT CAMP a/k/a ALPINE SCOUT CAMP, BOY SCOUTS OF AMERICA; PATRICK A. MANCUSO; and DOES 1-5 whose identities are unknown to Plaintiff | 1:20-cv-1476 | United States District Court for the Southern District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 140 | Greater New York Councils | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NEW YORK COUNCILS | 1:20-cv-1492 | United States District Court for the Southern District of New York |
| 141 | Greater New York Councils, Boy Scouts of America; Manhattan Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, GREATER NEW YORK COUNCILS, BOY SOUTS OF AMERICA, and MANHATTAN COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-1494 | United States District Court for the Southern District of New York |
| 142 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1495 | United States District Court for the Southern District of New York |
| 143 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1478 | United States District Court for the Southern District of New York |
| 144 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1503 | United States District Court for the Southern District of New York |
| 145 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1506 | United States District Court for the Southern District of New York |
| 146 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW | 1:20-cv-1512 | United States District Court for the Southern |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | YORK COUNCILS, BOY SCOUTS OF AMERICA | | District of New York |
| 147 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1514 | United States District Court for the Southern District of New York |
| 148 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1517 | United States District Court for the Southern District of New York |
| 149 | N/A | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA | 1:20-cv-1519 | United States District Court for the Southern District of New York |
| 150 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1539 | United States District Court for the Southern District of New York |
| 151 | Roman Catholic Archdiocese of New York; Archdiocese of New York; Regis High School; USA Northeast Province of the Society of Jesus; The Boy Scouts of America Greater New York Councils; Brooklyn Council; Ten Mile River Scout Camp | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK, ARCHDIOCESE OF NEW YORK, REGIS HIGH SCHOOL, USA NORTHEAST PROVINCE OF THE SOCIETY OF JESUS, THE BOY SCOUTS OF AMERICA, THE BOY SCOUTS OF AMERICA GREATER NEW YORK COUNCILS, BROOKLYN COUNCIL AND TEN MILE RIVER SCOUT CAMP | 1:20-cv-1531 | United States District Court for the Southern District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 152 | Greater New York Councils, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA | 1:20-cv-1538 | United States District Court for the Southern District of New York |
| 153 | Greater New York Councils, Boy Scouts of America; Ten Mile River Scout Camps a/k/a Ten Mile River Scout Camps, Boy Scouts of America; Does 1-5 whose identifies are unknown to Plaintiff | [Redacted] | [Redacted] v. NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; TEN MILE RIVER SCOUT CAMPS a/k/a TEN MILE RIVER SCOUT CAMPS, BOY SCOUTS OF AMERICA; and DOES 1-5 whose identifies are unknown to Plaintiff | 1:20-cv-1541 | United States District Court for the Southern District of New York |
| 154 | The Diocese of Rochester (a/k/a "Roman Catholic Diocese of Rochester"); Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (formerly "Church of the Annunciation of Rochester, New York"); The Seneca Waterways Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. THE DIOCESE OF ROCHESTER (a/k/a "Roman Catholic Diocese of Rochester"), a religious corporation; ROMAN CATHOLIC PARISH OF ST. FRANCES XAVIER CABRINI, ROCHESTER NY (formerly "Church of the Annunciation of Rochester, New York"), a religious corporation, THE NATIONAL BOY SCOUTS OF AMERICA FOUNDATION d/b/a THE BOY SCOUTS OF AMERICA; and THE SENECA WATERWAYS COUNCIL, INC., BOY SCOUTS OF AMERICA | 1:20-cv-00219 | United States District Court for the Western District of New York |
| 155 | Seneca Waterways Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and SENECA WATERWAYS COUNCIL, BOY SCOUTS OF AMERICA | 6:20-cv-06104 | United States District Court for the Western District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 156 | Seneca Waterways Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and SENECA WATERWAYS COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00213 | United States District Court for the Western District of New York |
| 157 | Longhouse Council, Inc., Boy Scouts of America; Weedsport Central School District; Weedsport Central School District Board of Education; Does 1-5 whose identifies are unknown to Plaintiff | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA; LONGHOUSE COUNCIL, INC., BOY SCOUTS OF AMERICA; WEEDSPORT CENTRAL SCHOOL DISTRICT; WEEDSPORT CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; and DOES 1-5 whose identifies are unknown to Plaintiff | 5:20-cv-186 | United States District Court for the Northern District of New York |
| 158 | Twin Rivers Council, Inc., Boy Scouts of America; Governor Clinton Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; TWIN RIVERS COUNCIL, INC., BOY SCOUTS OF AMERICA; and GOVERNOR CLINTON COUNCIL, INC., BOY SCOUTS OF AMERICA | 1:20-cv-00174-GTS-TWD | United States District Court for the Northern District of New York |
| 159 | Twin Rivers Council, Inc., Boy Scouts of America; Glens Falls City School District | John Doe | JOHN DOE v. BOY SCOUTS OF AMERICA, TWIN RIVERS COUNCIL, INC., BOY SCOUTS OF AMERICA, and GLENS FALLS CITY SCHOOL DISTRICT | 1:20-cv-211 | United States District Court for the Northern District of New York |
| 160 | Leatherstocking Council | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and LEATHERSTOCKING COUNCIL | 6:20-cv-182 | United States District Court for the Northern District of New York |
| 161 | Baden-Powell Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and BADEN-POWELL COUNCIL, BOY SCOUTS OF AMERICA | 3:20-cv-164 | United States District Court for the Northern District of New York |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 162 | Leatherstocking Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, and LEATHERSTOCKING COUNCIL, BOY SCOUTS OF AMERICA | 6:20-cv-00169-GTS-TWD | United States District Court for the Northern District of New York |
| 163 | The Roman Catholic Diocese of Syracuse, NY; St. Catherine's Roman Catholic Church; St. Catherine's Roman Catholic Church School; St. Francis of Assisi Roman Catholic Church; Susquenango Council, Boy Scouts of America, Inc.; and Baden-Powell Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NY; ST. CATHERINE'S ROMAN CATHOLIC CHURCH; ST. CATHERINE'S ROMAN CATHOLIC CHURCH SCHOOL; ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH; SUSQUENANGO COUNCIL, BOY SCOUTS OF AMERICA, INC.; and BADEN-POWELL COUNCIL, INC., BOY SCOUTS OF AMERICA | 3:20-cv-212 | United States District Court for the Northern District of New York |
| 164 | Susquenango Council, Boy Scouts of America, Inc.; Baden-Powell Council, Inc., Boy Scouts of America; David A. Declue, a/k/a David Declue | SHC-MG-4 Doe | SHC-MG-4 DOE v. DAVID A. DECLUE, a/k/a DAVID DECLUE; SUSQUENANGO COUNCIL, BOY SCOUTS OF AMERICA, INC.; BADEN-POWELL COUNCIL, INC., BOY SCOUTS OF AMERICA; AND BOY SCOUTS OF AMERICA, a/k/a NATIONAL BOY SCOUTS OF AMERICA FOUNDATION, a/k/a BOY SCOUTS OF AMERICA, CORP. | 3:20-cv-192 | United States District Court for the Northern District of New York |
| 165 | Allegheny Highlands Council, Inc.; Donald C. Shriver | [Redacted] | [Redacted] v. Allegheny Highlands Council, Inc., Donald C. Shriver, and Boy Scouts of America, Inc. | 1:20-cv-00215 | United States District Court for the Western District of New York |
| 166 | Leatherstocking Council of the Boy Scouts of America; | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, LEATHERSTOCKING | EFCA2020-000266 | Supreme Court of the State of New |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Mohawk District of the Northern New York Annual Conference of the Methodist Episcopal Church of New York | | COUNCIL OF THE BOY SCOUTS OF AMERICA, and MOHAWK DISTRICT OF THE NORTHERN NEW YORK ANNUAL CONFERENCE OF THE METHODIST EPISCOPAL CHURCH OF NEW YORK | | York, County of Oneida |
| 167 | Oregon Trail Council, Inc., Boy Scouts of America; Learning for Life | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation; OREGON TRAIL COUNCIL, INC., BOY SCOUTS OF AMERICA, an Oregon non-profit corporation; and LEARNING FOR LIFE, a District of Columbia non-profit corporation | 20-03017 | United States Bankruptcy Court for the District of Oregon, Eugene Division |
| 168 | Cascade Pacific Council, Boy Scouts of America | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon nonprofit corporation | 20-03014-tmb | United States Bankruptcy Court for the District of Oregon |
| 169 | Cascade Pacific Council, Boy Scouts of America | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon nonprofit corporation | 20-03018 | United States Bankruptcy Court for the District of Oregon, Eugene Division |
| 170 | Cascade Pacific Council, Boy Scouts of America | Mark Doe | MARK DOE, an individual proceeding under a fictitious name v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY | 20-03022 | United States Bankruptcy Court for the District of Oregon |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | SCOUTS OF AMERICA, an Oregon nonprofit corporation | | |
| 171 | Cascade Pacific Council, Boy Scouts of America | Julie Doe, an adult proceeding under a pseudonym, as Guardian Ad Litem for Travis Doe, a minor proceeding under a pseudonym | JULIE DOE, an adult proceeding under a pseudonym, as Guardian Ad Litem for TRAVIS DOE, a minor proceeding under a pseudonym v. BOY SCOUTS OF AMERICA, a Congressionally Chartered Corporation, authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon Non-Profit Corporation | 20-03019-tmb | United States Bankruptcy Court for the District of Oregon |
| 172 | Cascade Pacific Council, Boy Scouts of America | [Redacted] | [Redacted] v. THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon nonprofit corporation | 20-03013 | United States Bankruptcy Court for the District of Oregon |
| 173 | Cascade Pacific Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a Congressionally Chartered Corporation, authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon Non-Profit Corporation | 20-03020-tmb | United States Bankruptcy Court for the District of Oregon |
| 174 | Cascade Pacific Council, Boy Scouts of America | Andrew Doe, an adult proceeding under a pseudonym, as Guardian Ad Litem for Brian Doe and Carl Doe, minors proceeding under pseudonyms | ANDREW DOE, an adult proceeding under a pseudonym, as Guardian Ad Litem for BRIAN DOE and CARL DOE, minors proceeding under pseudonyms v. BOY SCOUTS OF AMERICA, a Congressionally Chartered Corporation, authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY | 20-03023 | United States Bankruptcy Court for the District of Oregon |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | SCOUTS OF AMERICA, an Oregon Non-Profit Corporation | | |
| 175 | Oregon Trail Council, Boy Scouts of America | Franklin Doe | FRANKLIN DOE, proceeding under a pseudonym v. BOY SCOUTS OF AMERICA, a Congressionally Chartered Corporation, authorized to do business in Oregon; and OREGON TRAIL COUNCIL, BOY SCOUTS OF AMERICA, an Oregon Non-Profit Corporation | 20-03021 | United States Bankruptcy Court for the District of Oregon |
| 176 | Penn Mountains Council, Boy Scouts of America; Paul Antosh | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and PENN MOUNTAINS COUNCIL, BOY SCOUTS OF AMERICA and PAUL ANTOSH | 2:20-cv-904 | United States District Court for the Eastern District of Pennsylvania |
| 177 | Cradle of Liberty Council, Inc., Boy Scouts of America; Michael Forbes; William Thomas Forbes | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, CRADLE OF LIBERTY COUNCIL, INC. BOY SCOUTS OF AMERICA, MICHAEL FORBES, and WILLIAM THOMAS FORBES | 20-20902 | United States District Court for the Eastern District of Pennsylvania |
| 178 | Hawk Mountain Council, Inc., Boy Scouts of America d/b/a Pack 0315; Reformation Lutheran Church; C.P. | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; HAWK MOUNTAIN COUNCIL, INC., BOY SCOUTS OF AMERICA d/b/a PACK 0315; REFORMATION LUTHERAN CHURCH; and C.P. | 5:20-cv-903 | United States District Court for the Eastern District of Pennsylvania |
| 179 | Corporation of the President of the Church of Jesus Christ of Latter-Day Saints; Great Salt Lake Council, BSA; Thomas M. Thackeray | John Doe C.J. | JOHN DOE C.J. v. CORPORATION OF THE PRESIDENT OF THE CHURCH of JESUS CHRIST OF LATTER-DAY SAINTS; BOY SCOUTS OF AMERICA, a federally-chartered nonprofit corporation; GREAT SALT LAKE COUNCIL, BSA, a Utah nonprofit corporation; THOMAS M. THACKERAY, an individual | 190700977 | Second District Court, Davis County |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 180 | Heart of Virginia Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. Heart of Virginia Council, Inc., Boy Scouts of America and Boy Scouts of America | 3:20-cv-00108 | United States District Court for the Eastern District of Virginia, Richmond Division |
| 181 | Blue Ridge Mountains Council, Inc., Boy Scouts of America; First Baptist Church of Danville d/b/a Boy Scouts Troop 354; Samuel Roche; Madison Osborne; Thomas Scott | [Redacted] | [Redacted] v. SAMUEL ROCHE, MADISON OSBORNE, THOMAS SCOTT, BLUE RIDGE MOUNTAINS COUNCIL, INCORPORATED, BOY SCOUTS OF AMERICA, and FIRST BAPTIST CHURCH OF DANVILLE d/b/a BOY SCOUT TROOP 354 | 3:20-cv-00111 | United States District Court for the Eastern District of Virginia, Richmond Division |
| 182 | Evergreen Area Council, Boy Scouts of America, n/k/a Mount Baker Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in the State of Washington; EVERGREEN AREA COUNCIL, BOY SCOUTS OF AMERICA, n/k/a MOUNT BAKER COUNCIL, BOY SCOUTS OF AMERICA | 2:20-cv-00249 | United States District Court for the Western District of Washington at Seattle |
| 183 | Chief Seattle Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in the State of Washington; CHIEF SEATTLE COUNCIL, BOY SCOUTS OF AMERICA, a Washington nonprofit corporation | 2:20-cv-00250 | United States District Court for the Western District of Washington at Seattle |
| 184 | Evergreen Area Council, Boy Scouts of America, n/k/a Mount Baker Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in the State of Washington; EVERGREEN AREA COUNCIL, BOY SCOUTS OF AMERICA, n/k/a MOUNT BAKER COUNCIL, BOY SCOUTS OF | 2:20-cv-00251 | United States District Court for the Western District of Washington at Seattle |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | AMERICA, a Washington nonprofit corporation | | |
| 185 | Quapaw Area Council Incorporated of the Boy Scouts of America | [Redacted] | [Redacted] v. Boy Scouts of America, and Quapaw Area Council Incorporated of the Boy Scouts of America | 4:19-cv-00847 | United States District Court for the Eastern District of Arkansas, Little Rock Division |
| 186 | N/A | John Does 1-8. | JOHN DOES 1-8 v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation domiciled in the District of Columbia | 1:20-CV-00017 | United States District Court for the District of Columbia |
| 187 | Boy Scouts of America Aloha Counsel Chamorro District; Louis Brouillard, an individual, Doe Entities 1-5; and Doe Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNSEL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual, DOE ENTITES 1-5; and DOE INDIVIDUALS 6-50, inclusive | 1:19-cv-00010 | United States District Court for the District of Guam |
| 188 | Roman Catholic Archbishop Of Agana; Andrew Mametta, An Individual; Doe Entities 1-5; Doe Individuals 6-10, Inclusive | [Redacted] | [Redacted] v. Roman Catholic Archbishop Of Agana, A Corporation Sole; Boy Scouts Of America, A Congressionally Chartered Corporation Authorized To Do Business In Guam; Andrew Mametta, An Individual; Doe Entities 1-5; Doe Individuals 6-10, Inclusive | 1:19-cv-00083 | United States District Court for the District of Guam |
| 189 | Boy Scouts of America Aloha Council Chamorro District; Doe Entities 1-5; Doe Individuals 6-50; | [Redacted] | [Redacted] v. Roman Catholic Archbishop Of Agana, A Corporation Sole; Boy Scouts Of America, A Congressionally Chartered Corporation Authorized To Do Business In Guam; | 1:19-cv-00067 | United States District Court for the District of Guam |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Roman Catholic Archbishop Of Agana | | Boy Scouts Of America Aloha Council Chamorro District; Doe Entities 1-5; Doe Individuals 6-50 | | |
| 190 | Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00088 | United States District Court for the District of Guam |
| 191 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00036 | United States District Court for the District of Guam |
| 192 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard an individual; Doe Entities 1-5; | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA | 1:17-cv-00004 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | and Doe-Individuals 6-50, inclusive | | ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, and individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 193 | Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00042 | United States District Court for the District of Guam |
| 194 | Capuchin Franciscans; Capuchin Franciscans, Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Boy Scouts of America Aloha Counsel Chamorro District; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS, PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNSEL CHAMORRO DISTRICT; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:19-cv-00116 | United States District Court for the District of Guam |
| 195 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF | 1:17-cv-00022 | United States District Court for |

| Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|
| Archbishop Of Agana; Louis Brouillard; Doe Entities 1-5; and Doe Individuals 6-50, inclusive | | AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE INDIVIDUALS 6-50, inclusive | | the District of Guam |
| 196 Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00005 | United States District Court for the District of Guam |
| 197 Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Conception; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPTION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00024 | United States District Court for the District of Guam |
| 198 Boy Scouts of America Aloha Council Chamorro | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a | 1:17-cv-00129 | United States District Court for |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | | Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | the District of Guam |
| 199 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00125 | United States District Court for the District of Guam |
| 200 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, and individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00107 | United States District Court for the District of Guam |
| 201 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA | 1:17-cv-00046 | United States District Court for the District of Guam |

| Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|
| and Doe-Individuals 6-50, inclusive | | ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, and individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 202 | Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Conception; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00048 | United States District Court for the District of Guam |
| 203 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE INDIVIDUALS 6-50, inclusive | 1:17-cv-00035 | United States District Court for the District of Guam |
| 204 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in | 1:17-cv-00006 | United States District Court for the District of Guam |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | | Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 205 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Tomas A. Camacho, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; TOMAS A. CAMACHO, an individual, LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00020 | United States District Court for the District of Guam |
| 206 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00049 | United States District Court for the District of Guam |
| 207 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an | 1:17-cv-00023 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 208 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual, DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-CV-00101 | United States District Court for the District of Guam |
| 209 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOES ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00098 | United States District Court for the District of Guam |
| 210 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00037 | United States District Court for the District of Guam |
| 211 | Boy Scouts of America Aloha Council Chamorro | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a | 1:17-cv-00100 | United States District Court for |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | | Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | the District of Guam |
| 212 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00057 | United States District Court for the District of Guam |
| 213 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00021 | United States District Court for the District of Guam |
| 214 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA | 1:17-cv-00025 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | and Doe-Individuals 6-50, inclusive | | ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 215 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00019 | United States District Court for the District of Guam |
| 216 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00077 | United States District Court for the District of Guam |
| 217 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00087 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 218 | Capuchin Franciscans; Capuchin Franciscans, Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Boy Scouts of America Aloha Counsel Chamorro District ; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS, PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNSEL CHAMORRO DISTRICT; DOE ENTITIES 1-5; and DOE INDIVIDUALS 6-50, inclusive | 1:19-cv-00118 | United States District Court for the District of Guam |
| 219 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT: LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; DOE-INDIVIDUALS 6-50, inclusive | 1:18-cv-00001 | United States District Court for the District of Guam |
| 220 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT: LOUIS BROUILLARD, an individual; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS | 1:17-cv-00123 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | and Doe-Individuals 6-47, inclusive | | CUSTODY OF STAR OF THE SEA; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-47, inclusive | | |
| 221 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00061 | United States District Court for the District of Guam |
| 222 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00034 | United States District Court for the District of Guam |
| 223 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00026 | United States District Court for the District of Guam |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 224 | Boy Scouts of America Aloha Council Chamorro District; Discaled Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00121 | United States District Court for the District of Guam |
| 225 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE INDIVIDUALS 6-50, inclusive | 1:17-cv-00075 | United States District Court for the District of Guam |
| 226 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an | 1:17-cv-00007 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 227 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00052 | United States District Court for the District of Guam |
| 228 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00130 | United States District Court for the District of Guam |
| 229 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00106 | United States District Court for the District of Guam |
| 230 | Boy Scouts of America Aloha Council Chamorro | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a | 1:18-cv-00008 | United States District Court for |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | | Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | the District of Guam |
| 231 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00095 | United States District Court for the District of Guam |
| 232 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00082 | United States District Court for the District of Guam |
| 233 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA | 1:17-cv-00054 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | and Doe-Individuals 6-50, inclusive | | ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 234 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00067 | United States District Court for the District of Guam |
| 235 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00122 | United States District Court for the District of Guam |
| 236 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00063 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 237 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:18-cv-00004 | United States District Court for the District of Guam |
| 238 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-47, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-47, inclusive | 1:18-cv-00018 | United States District Court for the District of Guam |
| 239 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an | 1:17-cv-00047 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 240 | Boy Scouts of America Aloha Council Chamorro District ; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00109 | United States District Court for the District of Guam |
| 241 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00039 | United States District Court for the District of Guam |
| 242 | Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE | 1:17-cv-00120 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | | |
| 243 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00015 | United States District Court for the District of Guam |
| 244 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Doe Entities 1-5; and Doe-Individuals 6-47, inclusive | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-47, inclusive | 1:19-cv-00133 | United States District Court for the District of Guam |
| 245 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an | 1:17-cv-00045 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | |
| 246 | Boy Scouts of America Aloha Council Chamorro District; Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:18-cv-00036 | United States District Court for the District of Guam |
| 247 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00038 | United States District Court for the District of Guam |
| 248 | Boy Scouts of America Aloha Council Chamorro District; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00084 | United States District Court for the District of Guam |
| 249 | Boy Scouts of America Aloha Council Chamorro | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a | 1:17-cv-00003 | United States District Court for |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | District ; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | | Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | the District of Guam |
| 250 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00008 | United States District Court for the District of Guam |
| 251 | Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00066 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 252 | Capuchin Franciscans; Capuchin Franciscans Province of St. Mary; Capuchin Franciscans Custody of Star of the Sea; Boy Scouts of America Aloha Council Chamorro District; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:19-cv-00115 | United States District Court for the District of Guam |
| 253 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:19-cv-00039 | United States District Court for the District of Guam |
| 254 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00055 | United States District Court for the District of Guam |
| 255 | Boy Scouts of America Aloha Council Chamorro | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered | 1:18-cv-00023 | United States District Court for |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | District; David Joseph Ellington, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | | corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; DAVID JOSEPH ELLINGTON, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | | the District of Guam |
| 256 | Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00080 | United States District Court for the District of Guam |
| 257 | Boy Scouts of America Aloha Council Chamorro District; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:17-cv-00115 | United States District Court for the District of Guam |
| 258 | Boy Scouts of America Aloha Council Chamorro | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a | 1:17-cv-00081 | United States District Court for |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | | Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | | the District of Guam |
| 259 | Boy Scouts of America Aloha Council Chamorro District; Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites; Carmel of the Immaculate Concepcion; Roman Catholic Archbishop Of Agana; Louis Brouillard, an individual; Doe Entities 1-5; and Doe-Individuals 6-48, inclusive | [Redacted] | [Redacted] v. ROMAN CATHOLIC ARCHBISHOP OF AGANA, a Corporation sole; BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; LOUIS BROUILLARD, an individual; DISCALCED CARMELITE NUNS (O.C.D.) a.k.a. ORDER OF DISCALCED CARMELITES; CARMEL OF THE IMMACULATE CONCEPCION; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-48, inclusive | 1:17-cv-00047 | United States District Court for the District of Guam |
| 260 | Boy Scouts of America Aloha Counsel Chamorro District; Doe Entities 1-5; and Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNSEL CHAMORRO | 1:20-cv-00005 | United States District Court for the District of Guam |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 261[2] | Brandon Wood; Kenneth Betts; Curtis Flaherty; Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc. | [Redacted] | [Redacted] v. Brandon Wood; Kenneth Betts; Curtis Flaherty; Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc., Boy Scouts of America; The Boy Scouts of America; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc. DISTRICT: DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 3:18-cv-00157 | United States District Court for the Western District of Kentucky Louisville Division |

[2] Pending Abuse Actions 261–67 are stayed only with respect to non-debtor Defendants Lincoln Heritage Council, Inc., and Learning for Life.

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 262 | Kenneth Betts; Brandon Wood; Casey Scott; Curtis Flaherty; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc., Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc.; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Learning for Life Lincoln Chapter, Inc. | [Redacted] | [Redacted] v. Kenneth Betts; Brandon Wood; Casey Scott; Curtis Flaherty; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc., Boy Scouts of America; The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc.; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Learning for Life Lincoln Chapter, Inc. | 3:18-cv-00176 | United States District Court for the Western District of Kentucky Louisville Division |
| 263 | Kenneth Betts; Brandon Wood; Curtis Flaherty; Louisville Metro Police | [Redacted] | [Redacted] v. Kenneth Betts; Brandon Wood; Curtis Flaherty; Louisville Metro Police Department; City of Louisville, | 3:18-cv-00306 | United States District Court for the Western |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Department; City of Louisville, Jefferson County / Louisville Consolidated Government; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc. | | Jefferson County / Louisville Consolidated Government; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc. | | District of Kentucky Louisville Division |
| 264 | Bradley Schumann; Matthew Gelhausen; Kenneth Betts; Brandon Wood; Curtis Flaherty; Julie Schmidt; Louisville Metro Police Department; Lincoln Heritage Council, Inc. Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc.; City of | [Redacted] | [Redacted] v. Bradley Schumann; Matthew Gelhausen; Kenneth Betts; Brandon Wood; Curtis Flaherty; Julie Schmidt; Louisville Metro Police Department; Lincoln Heritage Council, Inc. Boy Scouts of America; The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc.; City of Louisville, Jefferson County / Louisville Consolidated Government; Unknown Officers of Louisville Metro | 3:18-cv-00151 | United States District Court for the Western District of Kentucky Louisville Division |

| Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|
| Louisville, Jefferson County / Louisville Consolidated Government; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Learning for Life, Inc.; Unknown Employees, Agents AND/OR Servants of Learning for Life Lincoln Chapter, Inc. | | Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Learning for Life, Inc.; Unknown Employees, Agents AND/OR Servants of Learning for Life Lincoln Chapter, Inc. | | |
| 265 | Kenneth Betts; Curtis Flaherty; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc. Boy Scouts of America; Learning for Life, Inc.; | [Redacted] | [Redacted] v. Kenneth Betts; Curtis Flaherty; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc. Boy Scouts of America; The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc. | 3:18-cv-00152 | United States District Court for the Western District of Kentucky Louisville Division |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Learning for Life Lincoln Chapter, Inc. | | Inc.; Unknown Officers; Unknown Employees, Agents and/or Servants of | | |
| 266 | Kenneth Betts; Brandon Wood; Curtis Flaherty; Julie Schmidt; Louisville Metro Police Department; Paul Brandon Paris; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc. Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc. | [Redacted] | [Redacted] v. Kenneth Betts; Brandon Wood; Curtis Flaherty; Julie Schmidt; Louisville Metro Police Department; Paul Brandon Paris; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc. Boy Scouts of America; Unknown Officers of Louisville Metro Police Department; The Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc. | 3:18-cv-00153 | United States District Court for the Western District of Kentucky Louisville Division |
| 267 | Kenneth Betts; Curtis Flaherty; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc. Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln | [Redacted] | [Redacted] v. Kenneth Betts; Curtis Flaherty; City of Louisville, Jefferson County / Louisville Consolidated Government; Lincoln Heritage Council, Inc. Boy Scouts of America; The Boy Scouts of America; Learning for Life, Inc.; Learning for Life Lincoln Chapter, Inc.; Unknown Officers of Louisville Metro Police Department; Unknown | 3:18-cv-00158 | United States District Court for the Western District of Kentucky Louisville Division |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Chapter, Inc.; Unknown Officers of Louisville Metro Police Department; Unknown Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Learning for Life, Inc.; Unknown Employees, Agents AND/OR Servants of Learning for Life Lincoln Chapter, Inc. | | Employees, Agents AND/OR Servants of City of Louisville/Jefferson County/Louisville Consolidated Government; Unknown Employees, Agents AND/OR Servants of Lincoln Heritage Council, Inc., Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of The Boy Scouts of America; Unknown Employees, Agents AND/OR Servants of Learning for Life, Inc.; Unknown Employees, Agents AND/OR Servants of Learning for Life Lincoln Chapter, Inc. | | |
| 268 | Cascade Charter Township; Michigan Crossroads Council, Inc. Boy Scouts of America; Learning for Life | Jane Doe | JANE DOE v. CASCADE CHARTER TOWNSHIP; BOY SCOUTS OF AMERICA; MICHIGAN CROSSROADS COUNCIL, INC., BOY SCOUTS OF AMERICA; and LEARNING FOR LIFE | 1:18-cv-00988 | United States District Court for the Western District of Michigan |
| 269 | Town of Deerfield; Mark Tibbets, in his individual and official capacity; Daniel | [Redacted] | [Redacted] v. TOWN OF DEERFIELD; MARK TIBBETTS, in his individual and official capacity; BOY SCOUTS OF AMERICA, DANIEL WEBSTER | 1:19-00697-JL | United States District Court for the District of New Hampshire |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Webster Council, Inc.; Learning for Life | | COUNCIL, INC.; BOY SCOUTS OF AMERICA; AND LEARNING FOR LIFE | | |
| 270 | Greater New York Councils, Boy Scouts of America; Brooklyn Council, Boy Scouts of America | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; and BROOKLYN COUNCIL, BOY SCOUTS OF AMERICA | 1:20-cv-00315 | United States District Court for the Eastern District of New York |
| 271 | Doe Defendant 1; Doe Defendant 2; Does 3 Through 10, Inclusive | [Redacted] | [Redacted] v. DOE DEFENDANT 1; DOE DEFENDANT 2; DOES 3 THROUGH 10, INCLUSIVE | 20STCV04460 | Superior Court of the State of California, County of Los Angeles, Central District |
| 272 | Boy Scouts of America Aloha Counsel Chamorro District; Doe Entities 1-5; Doe-Individuals 6-50, inclusive | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Guam; BOY SCOUTS OF AMERICA ALOHA COUNSEL CHAMORRO DISTRICT; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-50, inclusive | 1:20-cv-00008 | United States District Court for the District of Guam |
| 273 | Fairfield County Council of Boy Scouts of America, Inc.; Connecticut Yankee Council, Inc., Boy Scouts of America | James Doe | JAMES DOE v. FAIRFIELD COUNTY COUNCIL OF BOY SCOUTS OF AMERICA, INC.; CONNECTICUT YANKEE COUNCIL, INC., BOY SCOUTS OF AMERICA | 20-05007 | United States Bankruptcy Court for the District of Connecticut |
| 274 | Westchester-Putnam Council, Inc. | John Doe | JOHN DOE v. BOY SCOUTS OF AMERICA, and WESTCHESTER-PUTNAM COUNCIL, INC., BOY SCOUTS OF AMERICA | 7:20-cv-1978 | United States District Court for the Southern District of New York |
| 275 | Aloha Council Chamorro District; Capuchin Franciscans; Capuchin | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in | 1:20-cv-00009 | United States District Court for |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Franciscans Province of St. May; Capuchin Franciscans Custody of Star of the Sea; DOE ENTITIES 1-5; DOE-INDIVIDUALS 6-47, inclusive | | Guam; BOY SCOUTS OF AMERICA ALOHA COUNCIL CHAMORRO DISTRICT; CAPUCHIN FRANCISCANS; CAPUCHIN FRANCISCANS PROVINCE OF ST. MARY; CAPUCHIN FRANCISCANS CUSTODY OF STAR OF THE SEA; DOE ENTITIES 1-5; and DOE-INDIVIDUALS 6-47, inclusive | | the District of Guam |
| 276 | Garden State Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA; GARDEN STATE COUNCIL; JOHN DOES 1-10 | 20-1114 | United States Bankruptcy Court for the District of New Jersey |
| 277 | Jersey Shore Council; John Does 1-10 | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA, JERSEY SHORE COUNCIL, AND JOHN DOES 1-10 | 20-1118 | United States Bankruptcy Court for the District of New Jersey |
| 278 | Greater New York Councils, Boy Scouts of America; The Roman Catholic Archdiocese of New York; The Apostles of the Sacred Heart of Jesus a/k/a The Apostles of the Sacred Heart of Jesus, of New York, Inc. f/k/a Missionary Zelatrices of the Sacred Heart, Inc. | [Redacted] | [Redacted] v. BOY SCOUTS OF AMERICA and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA, THE ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK, THE APOSTLES OF THE SACRED HEART OF JESUS a/k/a THE APOSTLES OF THE SACRED HEART OF JESUS, OF NEW YORK, INC. f/k/a MISSIONARY ZELATRICES OF THE SACRED HEART, INC. | 950041/2020 | Supreme Court of the State of New York, County of New York |
| 279 | Boy Scouts of America Westchester-Putnam Council, Inc. | [Redacted] | [Redacted] v. Boy Scouts of America, Inc., and Boy Scouts of America Westchester-Putnam Council, Inc. | 7:20-cv-2276 | United States District Court for the Southern District of New York |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 280 | Maryvale Union Free School District; Greater Niagara Frontier Council | Anonymous | ANONYMOUS v. MARYVALE UNION FREE SCHOOL DISTRICT; BOY SCOUTS OF AMERICA and GREATER NIAGARA FRONTIER COUNCIL | 1:20-cv-289 | United States District Court for the Western District of New York |
| 281 | Northern New Jersey Council; John Does 1-10 | [Redacted] | [Redacted] v. BOYS SCOUTS OF AMERICA; NORTHERN NEW JERSEY COUNCIL; JOHN DOES 1-10 | 3:20-cv-01745 | United States District Court for the District of New Jersey |
| 282 | Greater New York Councils of the Boy Scouts of America; Fordham University; John and Jane Doe 1-30; members of the Board of Trustees of Fordham University, in their official and individual capacities, whose identities are presently unknown to Plaintiff, Roman Catholic Order of Jesuits USA Province Northeast a/k/a The USA Northeast Province of the Society of Jesus, Inc.; Roman Catholic Archdiocese of New York; John Doe; Jane Doe; Richard Roe; Jane Roe, priests, clergy, and administrators whose names are unknown to the Plaintiff | [Redacted] | [Redacted] v. BOYS SCOUTS OF AMERICA, GREATER NEW YORK COUNCILS of the BOY SCOUTS OF AMERICA; FORDHAM UNIVERSITY; JOHN and JANE DOE 1-30; members of the BOARD OF TRUSTEES OF FORDHAM UNIVERSITY, in their official and individual capacities, whose identities are presently unknown to Plaintiff, ROMAN CATHOLIC ORDER OF JESUITS USA PROVINCE NORTHEAST a/k/a THE USA NORTHEAST PROVINCE OF THE SOCIETY OF JESUS, INC.; ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK; JOHN DOE; JANE DOE; RICHARD ROE; JANE ROE, priests, clergy, and administrators whose names are unknown to the Plaintiff | 950042/2020 | Supreme Court of the State of New York, County of New York |
| 283 | Doe 1; Doe 2; and Does 3-50 | John GG Doe | John GG Doe v. DOE 1, a California domestic nonprofit; DOE 2, an individual; and DOES 3-50, inclusive | TBD | Superior Court of the State of |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | | | | | California, County of Santa Clara |
| 284 | Ozark Trails Council, Inc.; Scott Wortman | [Redacted] | [Redacted] v. Boy Scouts of America; Ozark Trails Council, Inc.; Scott Wortman | 6:20-cv-3059 | United States District Court Western District of Missouri, Southern Division |
| 285 | Our Lady of Guadalupe Parish | John Doe | John Doe v. Boy Scouts of America, Our Lady of Guadalupe Parish | D-101-CV-2020-00448 | First Judicial District Court, County of Santa Fe |
| 286 | The Greater Niagara Frontier Council | [Redacted] | [Redacted] v. The Boy Scouts of America and The Greater Niagara Frontier Council | 1:20-cv-260 | United States District Court for the Western District of New York |
| 287 | The Greater New York Councils of the Boy Scouts of America | [Redacted] | [Redacted] v. The Boy Scouts of America and The Greater New York Councils of the Boy Scouts of America | 1:20-cv-1983 | United States District Court for the Southern District of New York |
| 288 | The Greater New York Councils of the Boy Scouts of America | [Redacted] | [Redacted] v. The Boy Scouts of America and The Greater New York Councils of the Boy Scouts of America | 1:20-cv-1988 | United States District Court for the Southern District of New York |
| 289 | Greater New York Councils, Boy Scouts of America, and Brooklyn Council, Boy Scouts of America | [Redacted] | [Redacted] v. Boy Scouts of America, Inc., Greater New York Councils, Boy Scouts of America, and Brooklyn Council, Boy Scouts of America | 1:20-cv-1990 | United States District Court for the Southern District of New York |
| 290 | Seneca Waterways Counsel – The Boy Scouts of America; Greater Niagara Frontier Counsel – The Boy | [Redacted] | [Redacted] v. National Boy Scouts of America Foundation also known as the Boy Scouts of America; Seneca Waterways Counsel – The Boy Scouts of | 6:20-cv-6137 | United States District Court for the Western |

| | Non-Debtor Defendant(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| | Scouts of America; Sullivan Trail Counsel – The Boy Scouts of America | | America; Greater Niagara Frontier Counsel – The Boy Scouts of America; Sullivan Trail Counsel – The Boy Scouts of America | | District of New York |
| 291 | Seneca Waterways Council; Otetiana Council | [Redacted] | [Redacted] v. National Boy Scouts of America also known as The Boy Scouts of America, Seneca Waterways Council and Otetiana Council | 6:20-cv-6126 | United States District Court for the Western District of New York |
| 292 | Westchester-Putnam Council, Inc., Boy Scouts of America | [Redacted] | [Redacted] v. Boy Scouts of America, Inc., and Westchester-Putnam Council, Inc., Boy Scouts of America | 7:20-cv-1980 | United States District Court for the Southern District of New York |
| 293 | Boy Scouts of America Heart of Ohio Council | John Doe 1 | John Doe 1 v. Boy Scouts of America and Boy Scouts of America Heart of Ohio Council | 2020 CV 0118 | Richland County Court of Common Pleas |
| 294 | Greater New York Councils of the Boy Scouts of America | [Redacted] | [Redacted] v. The Boy Scouts of America and Greater New York Councils of the Boy Scouts of America | 70022/2020E | Supreme Court of the State of New York, County of Bronx |
| 295 | Garden State Council, Boy Scouts of America; Bethel Commandment Church of the Living God of New Jersey, Inc.; Vincent Watkins | [Redacted] | [Redacted] v. Boy Scouts of America; Garden State Council, Boy Scouts of America; Bethel Commandment Church of the Living God of New Jersey, Inc.; Vincent Watkins | CAM-L-001079-20 | Superior Court of New Jersey, Camden County |
| 296 | John C. O'Neal; John & Jane Does (1-10); and ABC Entities (1-10) | [Redacted] | [Redacted] v. Boy Scouts of America; John C. O'Neal; John & Jane Does (1-10); and ABC Entities (1-10) | CAM-L-001074-20 | Superior Court of New Jersey, Camden County |
| 297 | Doe Defendant 2; Does 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Does 3 through 10, inclusive | CIV2000002 | Superior Court of California, County of Marin |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 298 | Doe Defendant 2; Does 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Does 3 through 10, inclusive | 37-2020-00000766-CU-PO-CTL | Superior Court of the State of California, County of San Diego, Central District |
| 299 | Doe Defendant 2; Does 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Does 3 through 10, inclusive | 34-2020-00272378-CU-PO-GDS | Superior Court of the State of California, County of Sacramento |
| 300 | Doe Defendant 2; Doe Defendants 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Doe Defendants 3 through 10, inclusive | 20STCV00086 | Superior Court of the State of California, County of Los Angeles, Central District |
| 301 | Doe Defendant 2; Doe Defendant 3; Doe Defendants 4 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Doe Defendant 3; Doe Defendants 4 through 10, inclusive | 20STCV00556 | Superior Court of the State of California, County of Los Angeles, Central District |
| 302 | Doe Defendant 2; Does 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Does 3 through 10, inclusive | 20CECG00048 | Superior Court of the State of California, County of Fresno |
| 303 | Doe Defendant 2; Does 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Does 3 through 10, inclusive | 37-2020-00000763-CU-PO-CTL | Superior Court of the State of California, County of San Diego, Central District |
| 304 | Doe Defendant 2; Does 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Does 3 through 10, inclusive | 20STCV00767 | Superior Court of the State of California, County of Los Angeles, Central District |

| | Non-Debtor Defendants(s) | Underlying Plaintiff(s) (last, first) | Case Caption | Case Number | Court or Agency |
|---|---|---|---|---|---|
| 305 | Doe Defendant 2; Does 3 through 10 | [Redacted] | [Redacted] v. Doe Defendant 1; Doe Defendant 2; Does 3 through 10, inclusive | CIV2000057 | Superior Court of the State of California, County of Marin |

## **Schedule 2**

BSA Related Parties

**SCHEDULE 2**

**BSA RELATED PARTIES**

## I.      BSA Affiliated Organizations

Learning for Life

## II.     Local Councils

| | |
|---|---|
| Katahdin Area Council | Longhouse Council |
| Pine Tree Council | Five Rivers Council |
| Cape Cod and Islands Council | Iroquois Trail Council |
| Spirit of Adventure Council | Greater Niagara Frontier Council |
| Heart of New England Council | Seneca Waterways Council |
| Mayflower Council | Leatherstocking Council |
| Daniel Webster Council | Green Mountain Council |
| Narragansett Council | Allegheny Highlands Council |
| Connecticut Rivers Council | Juniata Valley Council |
| Greenwich Council | Moraine Trails Council |
| Housatonic Council | Columbia-Montour Council |
| Connective Yankee Council | Bucktail Council |
| Western Massachusetts Council | Westmoreland-Fayette Council |
| Hudson Valley Council | Laurel Highlands Council |
| Theodore Roosevelt Council | French Creek Council |
| Westchester-Putnam Council | Susquehanna Council |
| Suffolk County Council | Chief Cornplanter Council |
| Rip Van Winkle Council | Northern New Jersey Council |
| Greater New York Council | Jersey Shore Council |
| Twin Rivers Council | Monmouth Council |
| Baden-Powell Council | Patriot's Path Council |

| | |
|---|---|
| Northeastern Pennsylvania Council | Pushmataha Area Council |
| Minsi Trail Council | Gulf Coast Council |
| Cradle of Liberty Council | Norwela Council |
| Puerto Rico Council | Texas Trails Council |
| Garden State Council | Golden Spread Council |
| Washington Crossing Council | Circle Ten Council |
| Transatlantic Council | Caddo Area Council |
| Del-Mar-Va Council | East Texas Area Council |
| National Capital Area Council | Northwest Texas Council |
| Baltimore Area Council | Longhorn Council |
| Mason-Dixon Council | South Plains Council |
| Pennsylvania Dutch Council | Capitol Area Council |
| Hawk Mountain Council | Buffalo Trail Council |
| Chester County Council | Bay Area Council |
| New Birth of Freedom Council | Sam Houston Area Council |
| Alabama-Florida Council | South Texas Council |
| Mobile Area Council | Three Rivers Council |
| Calcasieu Area Council | Alamo Area Council |
| Istrouma Area Council | Texas Southwest Council |
| Evangeline Area Council | Rio Grande Council |
| Louisiana Purchase Council | Central Florida Council |
| Southeast Louisiana Council | South Florida Council |
| Choctaw Area Council | Gulf Stream Council |
| Andrew Jackson Council | North Florida Council |
| Pine Burr Area Council | Southwest Florida Council |

| | |
|---|---|
| Greater Tampa Bay Area Council | East Carolina Council |
| Suwannee River Area Council | Old Hickory Council |
| Georgia-Carolina Council | Colonial Virginia Council |
| Daniel Boone Council | Tidewater Council |
| Mecklenburg County Council | Shenandoah Area Council |
| Central North Carolina Council | Blue Ridge Mountains Council |
| Piedmont Council | Heart of Virginia Council |
| Palmetto Council | Stonewall Jackson Area Council |
| Coastal Carolina Council | De Soto Area Council |
| Blue Ridge Council | Westark Area Council |
| Pee Dee Area Council | Quapaw Area Council |
| Indian Waters Council | Arbuckle Area Council |
| Blue Grass Council | Cherokee Area Council |
| Lincoln Heritage Council | Cimarron Council |
| Cherokee Area Council | Last Frontier Council |
| Great Smoky Mountain Council | Indian Nations Council |
| Chickasaw Council | Greater Alabama Council |
| West Tennessee Area Council | Tukabatchee Area Council |
| Middle Tennessee Council | Black Warrior Council |
| Sequoyah Council | Chattahoochee Council |
| Yocona Area Council | Atlanta Area Council |
| Old North State Council | Flint River Council |
| Occoneechee Council | Central Georgia Council |
| Tuscarora Council | South Georgia Council |
| Cape Fear Council | Coastal Georgia Council |

| | |
|---|---|
| Northwest Georgia Council | Winnebago Council |
| Northeast Georgia Council | Northeast Iowa Council |
| Northern Star Council | Greater St. Louis Area Council |
| Twin Valley Council | Great Trail Council |
| Voyageurs Area Council | Buckeye Council |
| Central Minnesota Council | Lake Erie Council |
| Gamehaven Council | Simon Kenton Council |
| Northern Lights Council | Muskigum Valley Council |
| Gateway Area Council | Mountaineer Area Council |
| Samoset Council | Buckskin Council |
| Bay-Lakes Council | Ohio River Valley Council |
| Chippewa Valley Council | Mid-Iowa Council |
| Black Hills Area Council | Coronado Area Council |
| Sioux Council | Santa Fe Trail Council |
| Michigan Crossroads Council | Jayhawk Area Council |
| President Ford FSC Council | Quivira Council |
| Water and Woods FSC Council | Ozark Trails Council |
| Southern Shores FSC Council | Heart of America Council |
| Great Lakes FSC Council | Pony Express Council |
| Prairielands Council | Overland Trails Council |
| Illowa Council | Cornhusker Council |
| W.D. Boyce Council | Mid-America Council |
| Mississippi Valley Council | Great Rivers Council |
| Abraham Lincoln Council | Hoosier Trails Council |
| Hawkeye Area Council | Buffalo Trace Council |

| | |
|---|---|
| Anthony Wayne Area Council | Pacific Harbors Council |
| Crossroads of America Council | Grand Columbia Council |
| Sagamore Council | Midnight Sun Council |
| La Salle Council | Oregon Trail Council |
| Dan Beard Council | Pikes Peak Council |
| Tecumseh Council | Denver Area Council |
| Miami Valley Council | Longs Peak Council |
| Black Swamp Area Council | Rocky Mountain Council |
| Erie Shores Council | Grand Teton Council |
| Three Fires Council | Snake River Council |
| Northeast Illinois Council | Montana Council |
| Pathway to Adventure Council | Trapper Trails Council |
| Glacier's Edge Council | Great Salt Lake Council |
| Three Harbors Council | Utah National Parks Council |
| Potawatomi Area Council | Greater Wyoming Council |
| Blackhawk Area Council | Alameda Council |
| Rainbow Council | Mount Diablo Silverado Council |
| Ore-Ida Council | Sequoia Council |
| Crater Lake Council | San Francisco Bay Area Council |
| Cascade Pacific Council | Pacific Skyline Council |
| Blue Mountain Council | Marin Council |
| Mount Baker Council | Redwood Empire Council |
| Chief Seattle Council | Piedmont Council |
| Great Alaska Council | Golden Empire Council |
| Inland Northwest Council | Silicon Valley Monterey Bay Council |

Greater Yosemite Council

Grand Canyon Council

Nevada Area Council

Catalina Council

Southern Sierra Council

San Diego-Imperial Council

Long Beach Area Council

Aloha Council

Greater Los Angeles Area Council

Las Vegas Area Council

Orange County Council

Great Southwest Council

California Inland Empire Council

Conquistador Council

Western Los Angeles County Council

Yucca Council

Los Padres Council

Far East Council

Venture County Council

Verdugo Hills Council

### III.    Named Chartered Organizations

| | |
|---|---|
| All Saints R.C. Church | Glens Falls City School District |
| Archdiocese of New York | Greek Orthodox Archdiocese of America |
| Audubon Baptist Church | Holy Family Church |
| Big Cross Elementary School | Holy Family R.C. Church |
| Bishop Turner High School | House of Hope Presbyterian Church |
| Calasanctius School of Buffalo | Immaculate Conception R.C. Church |
| Canisius High School of Buffalo | Mohawk District of the Northern New York |
| Capuchin Franciscans | Annual Conference of the Methodist |
| Capuchin Franciscans Custody of Star of the Sea | Episcopal Church of New York |
| Capuchin Franciscans Province of St. Mary | Monastery of Christ in the Desert |
| Carmel of the Immaculate Concepcion | Our Lady of Lourdes Catholic School |
| Cascade Charter Township | Our Savior Lutheran Church |
| Church of the Holy Innocents | Queen of Peace R.C. Church |
| City of Bloomingdale, Georgia | Reformation Lutheran Church |
| Corporation of the President of the Church of Jesus Christ of Latter-Day Saints | Regis High School |
| Country Farm Supply | Roman Catholic Archdiocese of New York, Archdiocese of New York |
| Diocese of Brooklyn | Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (formerly "Church of the Annunciation of Rochester, New York"), a religious corporation |
| Diocese of Buffalo | |
| Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites | Sacred Heart - Espanola |
| First Baptist Church of Danville d/b/a Boy Scout Troop 354 | Saint John the Baptist Church |
| First Baptist Church of Gainesville | School Sisters of Notre Dame Central Pacific Province, Inc. |

School Sisters of Notre Dame, Region of
Guam

Silver Springs Shores Presbyterian Church,
Inc.

Society of Jesus, USA-Northeast Province
a/k/a the Jesuits

St. Ambrose Church

St. Benedict Joseph Labre Church

St. Benedict Joseph Labre School

St. Bridget's R.C. Church

St. Catherine's Roman Catholic Church

St. Catherine's Roman Catholic Church
School

St. Demetrios Greek Orthodox Church

St. Francis of Assisi Roman Catholic
Church

St. Francis Xavier Church

St. Helena Parish

St. John Gualbert's R.C. Church

St. John Vianney R.C. Church

St. Josephat's R.C. Church

St. Nicholas of Tolentine

St. Pauls R.C. Church

St. Pius V

St. Pius X Catholic Church of Rochester,
Minnesota

St. Teresa Parish a/k/a Church of St. Teresa
of the Infant Jesus

St. Teresa's R.C. Church

The Blessed Trinity R.C. Church

The Diocese of Rochester (a/k/a "Roman
Catholic Diocese of Rochester"), a religious
corporation

The Foundation of the Roman Catholic
Diocese of Buffalo N.Y., Inc.

The Pingry School

The Roman Catholic Diocese of Syracuse

The School Sisters of Notre Dame,
Milwaukee Province, Inc.

Town Of Deerfield

University Heights Presbyterian Church

USA Northeast Province of the Society of
Jesus

Weedsport Central School District

Weedsport Central School District Board of
Education