UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

R.M.,

       Plaintiff,

—v—

National Boy Scouts of America Foundation a/k/a The Boy Scouts of America, *et al.*,

       Defendants.

20-cv-01597 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per Dkt. No. 10, this action was stayed until November 16, 2020.  The parties are to submit a joint letter by December 18, 2020 updating the Court on the status of the Bankruptcy Court proceedings.

SO ORDERED.

Dated: December 7, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge