UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2021
```

R.M.,

          Plaintiff,

    –v–

National Boy Scouts of America Foundation a/k/a The Boy Scouts of America, *et al.*,

          Defendants.

20-cv-01597 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are to a file a letter on or before August 20, 2021 updating the Court on the status of this case.

    SO ORDERED.

Dated: August 3, 2021
       New York, New York

                                              _____
                                               ALISON J. NATHAN
                                           United States District Judge