```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.M.,

      Plaintiff,

  –v–

National Boy Scouts of America Foundation a/k/a The Boy Scouts of America, et al.,

      Defendants.

20-cv-1597 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The Court ordered the parties to file a status update on or before August 20, 2021. The Court has not received an update and orders the parties to file one by January 28, 2022.

SO ORDERED.

Dated: January 19, 2022
   New York, New York

_____
ALISON J. NATHAN
United States District Judge